AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

SAMUEL J. LEWIS a/k/a SHAHEED LEWIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1831-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about Aug. 9, 2002-May 13, 2003 in Worcester county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

in connection with acquisition of firearms (H&K, Model USP Compact, .45 ACP caliber pistol, bearing serial # 29-006531; Bushmaster, Model XM-15, .223 caliber rifle, bearing serial # BFI402246; Mossberg, Model 51683, short barreled 12 gauge shotgun bearing serial # P997733) from licensed dealers, knowingly made false and fictitious written statements, which statements were likely to deceive the dealers as to a fact material to the lawfulness of such firearm sales; and in connection with the acquisition of a Mossberg (bearing serial # P997733) knowingly made and knowingly caused the making of a false entry on an ATF Form 4 application in violation of provisions of the National Firearms Act, knowing such entry to be false.

in violation of Title 18 United States Code, Section(s) 922(a)(6); and 26 U.S.C. s. 5861(l)

I further state that I am a(n) Special Agent, Bureau of Alcohol Tobacco, Firearms and that this complaint is based on the following facts:

Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_Michael P. Cuuu_
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-15-2004                                                  at      Worcester, Massachusetts
Date                                                                         City and State

CHARLES B. SWARTWOOD, III
United States Magistrate Judge                              Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.