# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

United States Samuel J Lewis

FOR
AT

PERSON REPRESENTED (Show your full name): Samuel J Lewis

1 ☑ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

LOCATION NUMBER: Worcester  open court 11/23/04

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)
☑ Felony
☐ Misdemeanor

18 922(a) + 26 USC 5861(L)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
Name and address of employer: You Inc. 81 Plantation St, Worcester
IF YES, how much do you earn per month? $ 2200.00/mo Gross Salary
IF NO, give month and year of last employment. How much did you earn per month $ N/A
If married is your Spouse employed? ☑ Yes ☐ No
IF YES, how much does your Spouse earn per month $ 500
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ___ (work to cease soon)

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: Per Diem
SOURCES: U-Mass Hospital, Palmer, MASS (mental Health team)

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No — Joint
IF YES, state total amount $ Min

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE: $ 500
DESCRIPTION: Dodge Caravan, 1994

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ MARRIED
Total No. of Dependents: 5
List persons you actually support and your relationship to them:
1. Pamela Cortez - Wife  2. Saleem Lewis - Son
3. Sumayiah Lewis - Daughter  4. Aasiah Lewis - Daughter  5. Nathan Lewis - Son
6. Nalani Lewis

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Mohammed Zaroia | $ — | $ 850 |
| School Loans (4) | $ 20,000 | $ 150.00/mo |
| Capitol One Credit | $ 600 | $ 75.00/mo |
| Utilities, Telephone, etc. | $ — | $ 450.00/mo |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Samuel J L

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.