AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

filed in open court 11/23/04

UNITED STATES OF AMERICA

V.

SAMUEL J. LEWIS a/k/a SHAHEED LEWIS

**WARRANT FOR ARREST**

CASE NUMBER: 04-1831-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Samuel J. Lewis a/k/a Shaheed Lewis_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
false statements in connection with the acquisition of firearms; and making or causing the making of a false entry on an ATF Form 4 application in violation of the provisions of the National Firearms Act

in violation of Title _18_ United States Code, Section(s) _922(a)(6); and 26 U.S.C. s. 5861(l)_

CHARLES B. SWARTWOOD
Name of Issuing Officer

(signature)
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11-15-2004   Worcester, Massachusetts
Date and Location

RECEIVED NOV 16 10 57 AM '04 U.S. MARSHAL SVC

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at WEST BOYLSTON ST. WORCESTER, MA |

| DATE RECEIVED 11/15/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/22/04 | MICHAEL CURRAN  SPECIAL AGENT | Michael P. Cu— |

This form was electronically produced by Elite Federal Forms, Inc.