AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

| UNITED STATES | EXHIBIT AND WITNESS LIST | |
|---|---|---|
| V. | | |
| | Case Number: 04-1831-CBS | |
| SAMUEL J. LEWIS | | |
| PRESIDING JUDGE  Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY  SIEGMAN | DEFENDANT'S ATTORNEY  CAMPOBASSO, WATIKINS |
| TRIAL DATE (S)  12/3/2004 | COURT REPORTER  2:17 P | COURTROOM DEPUTY  Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | | | | Agent Michael Curran |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 12/3/04 | X | X | Affidavit in Support of Complaint |
| 2 | | 12/3/04 | X | X | ATF 4473 Purchase 8/9/2002 |
| 3 | | 12/3/04 | X | X | ATF 4473 Purchase 1/21/2003 |
| 4 | | 12/3/04 | X | X | ATF 4, Application for Purchase of Mossberg |
| 5 | | 12/3/04 | X | X | ATF 4473 Purchase 5/13/2003 |
| 6 | | 12/3/04 | X | X | Sealed ATF Field Report |
| 7 | | 12/3/04 | X | X | Sealed ATF Field Report |
| 8 | | 12/3/04 | X | X | Sealed ATF Field Report |
| 9 | | 12/3/04 | X | X | Sealed ATF Field Report |
| 10 | | 12/3/04 | X | X | Sealed ATF Field Report |
| 11 | | 12/6/04 | X | X | Letter from Dft's Mother requesting that Dft stay with her–1/2/02 |
| 11a | | 12/6/04 | X | X | Letter dated 3/25/02 to Dft's Mother re: Dft's Residence |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages