UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:05CR40001-FDS |
| | ) | VIOLATIONS: |
| v. | ) | 18 U.S.C. §922(a)(6) |
| | ) | (False Statement During |
| SAMUEL J. LEWIS, | ) | Firearm Purchase) |
| a/k/a SHAHEED LEWIS, | ) | 18 U.S.C. §924(a)(1)(A) |
| | ) | (False Records in Firearm |
| Defendant. | ) | Transactions) |
| | ) | 26 U.S.C. §5861(l) |
| | ) | (False Entry on National |
| | ) | Firearms Act Application) |

**INDICTMENT**

**COUNT ONE:   (18 U.S.C. §922(a)(6)--False Statement During
          Firearm Purchase)**

The Grand Jury charges that:

On or about August 1, 2002, at Northboro, in the District of
Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a
firearm, namely, a Glock, Model 27, .40 caliber pistol, bearing
serial number BXD510US, from Village Gun Shop, Inc., a licensed
dealer, knowingly made a false and fictitious written statement,
which statement was likely to deceive Village Gun Shop as to a
fact material to the lawfulness of such acquisition of the said
firearm by the defendant under chapter 44 of Title 18, in that
the defendant represented that his residence address was 2
Fairlawn Drive, Worcester, MA 01602, when in fact it was not.

All in violation of Title 18, United States Code, Section

1

922(a)(6) and 924(a)(2).

**COUNT TWO:    (18 U.S.C. §924(a)(1)(A)--False Records in
                Firearm Transaction)**

The Grand Jury charges that:

On or about August 1, 2002, at Northboro, in the District of
Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a
firearm, namely, a Glock, Model 27, .40 caliber pistol, bearing
serial number BXD510US, from Village Gun Shop, Inc., knowingly
made a false statement and representation with respect to
information required by provisions of Chapter 44 of Title 18,
United States Code, to be kept in the records of Village Gun
Shop, a person licensed under the provisions of Chapter 44 of
Title 18, United States Code, in that the defendant did execute a
Department of the Treasury, Bureau of Alcohol, Tobacco, and
Firearms Form 4473, Firearms Transaction Record in which he
stated that his residence address was 2 Fairlawn Drive,
Worcester, MA 01602, when in fact it was not.

All in violation of Title 18, United States Code, Section
924(a)(1)(A).

3

**COUNT THREE**:    (18 U.S.C. §922(a)(6)--False Statement During
Firearm Purchase)

The Grand Jury charges that:

On or about August 9, 2002, at Webster, in the District of
Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a
firearm, namely, an H & K, Model USP Compact, .45 ACP caliber
pistol, bearing serial number 29-006531, from Sparky's Gun Shop,
a licensed dealer, knowingly made a false and fictitious written
statement, which statement was likely to deceive Sparky's Gun
Shop as to a fact material to the lawfulness of such acquisition
of the said firearm by the defendant under chapter 44 of Title
18, in that the defendant represented that he was the actual
buyer of the firearm, when in fact he was not; and that his
residence address was 2 Fairlawn Drive, Worcester, MA 01602, when
in fact it was not.

All in violation of Title 18, United States Code, Section
922(a)(6) and 924(a)(2).

4

**COUNT FOUR:** **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about August 9, 2002, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, an H & K, Model USP Compact, .45 ACP caliber pistol, bearing serial number 29-006531, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that he was the actual buyer of the firearm, when in fact he was not; and that his residence address was 2 Fairlawn Drive, Worcester, MA 01602, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

5

**COUNT FIVE**:    **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about November 30, 2002, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Glock, Model 17, 9mm caliber pistol, bearing serial number ADD061, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact he was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

6

**COUNT SIX:**   **(18 U.S.C. §922(a)(6)--False Statement During Firearm Purchase)**

The Grand Jury charges that:

On or about January 21, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Bushmaster, Model XM15, .223 caliber rifle, bearing serial number BFI402246, from Sparky's Gun Shop, a licensed dealer, knowingly made a false and fictitious written statement, which statement was likely to deceive Sparky's Gun Shop as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearm, when in fact he was not; and that his residence address was 59 Evelyn Street, Worcester, MA 01609, when in fact it was not.

All in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

**COUNT SEVEN**:    **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about January 21, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Bushmaster, Model XM15, .223 caliber rifle, bearing serial number BFI402246, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that he was the actual buyer of the firearm, when in fact he was not; and that his residence address was 59 Evelyn Street, Worcester, MA 01609, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT EIGHT**: **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about February 14, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Dan Wesson, Model Point Man, .45 caliber pistol, bearing serial number HC00119, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT NINE**:    (18 U.S.C. §924(a)(1)(A)--False Records in Firearm
            Transaction)

The Grand Jury charges that:

On or about March 5, 2003, at Northboro, in the District
of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a
firearm, namely, an IZH Model Tiger, 7.62 x 54 caliber rifle,
bearing serial number 36621, from Village Gun Shop, Inc.,
knowingly made a false statement and representation with respect
to information required by provisions of Chapter 44 of Title 18,
United States Code, to be kept in the records of Village Gun
Shop, a person licensed under the provisions of Chapter 44 of
Title 18, United States Code, in that the defendant did execute a
Department of the Treasury, Bureau of Alcohol, Tobacco, and
Firearms Form 4473, Firearms Transaction Record, in which he
stated that his residence address was 59 Evelyn Street,
Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section
924(a)(1)(A).

10

**COUNT TEN:   (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about March 31, 2003, at Gardner, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Smith and Wesson, Model 19, .357 caliber revolver, bearing serial number 14K5390, from Match Shot, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Match Shot, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

11

**COUNT ELEVEN**:   **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about April 22, 2003, at Gardner, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Glock, Model 23, .40 caliber pistol, bearing serial number AMF968US, from Match Shot, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Match Shot, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01602, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

12

**COUNT TWELVE:**   **(18 U.S.C. §922(a)(6)--False Statement During**
            **Firearm Purchase)**

The Grand Jury charges that:

On or about May 13, 2003, at Lunenberg, in the District of
Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a
firearm, namely, a Mossberg, Model 51683, short-barreled 12 gauge
shotgun, bearing serial number P997733, from Clarence Edgar
Floyd, a licensed dealer, knowingly made a false and fictitious
written statement, which statement was likely to deceive Clarence
Edgar Floyd as to a fact material to the lawfulness of such
acquisition of the said firearm by the defendant under chapter 44
of Title 18, in that the defendant represented that his residence
address was 59 Evelyn Street, Worcester, MA 01607, when in fact
it was not.

All in violation of Title 18, United States Code, Section
922(a)(6) and 924(a)(2).

13

**COUNT THIRTEEN**:  **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about May 13, 2003, at Lunenberg, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS

defendant herein, in connection with his acquisition of a firearm, namely, a Mossberg, Model 51683, short barreled 12 gauge shotgun, bearing serial number P997733, from Clarence Edgar Floyd, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Clarence Edgar Floyd, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

14

**COUNT FOURTEEN**:   **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about July 1, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Sig Sauer, Model 226, .40 caliber pistol, bearing serial number U638414, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT FIFTEEN**: **(18 U.S.C. §922(a)(6)--False Statement During Firearm Purchase)**

The Grand Jury charges that:

On or about July 8, 2003, at Gardner, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of two firearms, namely, a Sig Sauer, Model P228, 9mm caliber pistol, bearing serial number B118556, and a Norinco, Model Mak 90, 7.62 x 39 caliber rifle, bearing serial number 94115827 from Match Shot, a licensed dealer, knowingly made a false and fictitious written statement, which statement was likely to deceive Match Shot as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, in that the defendant represented that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

16

**COUNT SIXTEEN**:   **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about July 8, 2003, at Gardner, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Sig Sauer, Model P228, 9mm caliber pistol, bearing serial number B118556, and a Norinco, Model Mak 90, 7.62 x 39 caliber rifle, bearing serial number 94115827 from Match Shot, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

17

**COUNT SEVENTEEN:** **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about August 19, 2003, at Gardner, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Colt, Model 1991A1, .45 caliber pistol, bearing serial number 2737038, from Match Shot, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Match Shot, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

18

**COUNT EIGHTEEN**:  **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about August 28, 2003, at West Boylston, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Smith and Wesson, Model 4013TSW, .40 S & W caliber pistol, bearing serial number VJE8708, from Wayne's Weaponry, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Wayne's Weaponry, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

19

**COUNT NINETEEN**:   **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about September 9, 2003, at West Boylston, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a C.N. Romarm, Model SAR-1, 7.62 x 39 caliber rifle, bearing serial number SI-83722-03, from Wayne's Weaponry, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Wayne's Weaponry, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

20

**COUNT TWENTY:   (18 U.S.C. §924(a)(1)(A)--False Records in
                  Firearm Transaction)**

The Grand Jury charges that:

On or about September 17, 2003, at Shrewsbury, in the
District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a
firearm, namely, a Beretta, Model 96, .40 S & W caliber pistol,
bearing serial number BER 079921, from The Gun Room of
Shrewsbury, Inc., knowingly made a false statement and
representation with respect to information required by provisions
of Chapter 44 of Title 18, United States Code, to be kept in the
records of The Gun Room of Shrewsbury, Inc., a person licensed
under the provisions of Chapter 44 of Title 18, United States
Code, in that the defendant did execute a Department of the
Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473,
Firearms Transaction Record, in which he stated that his
residence address was 59 Evelyn Street, Worcester, MA 01607, when
in fact it was not.

All in violation of Title 18, United States Code, Section
924(a)(1)(A).

21

**COUNT TWENTY-ONE:**   **(26 U.S.C. §5861(l)--False Statement on National Firearms Act Application)**

The Grand Jury further charges that:

On or about November 14, 2002, at Lunenburg, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Mossberg, Model 51683, short-barreled 12 gauge shotgun, bearing serial number P997733, from Clarence Edgar Floyd, a licensed dealer, knowingly made and knowingly caused the making of, a false entry on a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4, Application for Tax Paid Transfer and Registration of Firearm, in violation of the provisions of the National Firearms Act, knowing such entry to be false, to wit: the defendant represented that his address was 59 Evelyn Street, Apt. 503, Worcester, MA 01607, when in fact it was not.

All in violation of Title 26, United States Code, Sections 5861(l) and 5812.

22

**A TRUE BILL**

_____
FOREPERSON OF GRAND JURY

_____
B. Stephanie Siegmann
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Worcester, January 5, 2005

Returned into the District Court by the Grand Jurors and
filed.

_____
Deputy Clerk

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** MA          **Category No.** II       **Investigating Agency** ATF

**City** Gardner, Northboro, Lunenberg, and Webster     **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 04-1831-CBS
Search Warrant Case Number 04-1606-CBS
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SAMUEL J. LEWIS         Juvenile  ☐ Yes  ☒ No

Alias Name   SHAHEED LEWIS

Address   56 Chino Avenue, Apt. Rear, Worcester, MA 01605

Birth date (Year only): 1973  SSN (last 4 #): 3271  Sex M  Race: B  Nationality: U.S.A.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  B. Stephanie Siegmann      **Bar Number if applicable** 638257

**Interpreter:**  ☐ Yes  ☒ No     **List language and/or dialect:** N/A

**Matter to be SEALED:**   ☐ Yes  ☐ No

     ☐ **Warrant Requested**     ☒ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** Judge Swartwood  **on** December 6, 2004

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** 21

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: January 5, 2005     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(a)(6) | False Statement During Purchase of Firearm | 1, 3, 6, 12, 15-16 |
| Set 2 | 18 U.S.C. §924(a)(1)(A) | False Records in Firearm Purchase | 2, 4-5, 7-11, 13-14, 16-20 |
| Set 3 | 26 U.S.C. § 5861(1) | False Entry on NFA Application | 21 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____