**CAMPOBASSO & CAMPOBASSO, P.C.**
54 MAIN STREET
P. O. BOX 548
LEOMINSTER, MA  01453
------------
TELEPHONE (978) 534-0005
FAX (978) 534-3190

STEPHEN M. CAMPOBASSO                                                                      OF COUNSEL
PETER A. CAMPOBASSO                                                      ALPHONSE P. SAN CLEMENTE

Writer's direct extension:  11                                                    Writer's e-mail address:
                                                                                  scampobasso@campobassolaw.com

**VIA E-FILING**                            January 13, 2005

United States District Court
**ATTENTION:  Lisa Roland**
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210


      **RE:   United States of America vs. Samuel J. Lewis a/k/a Shaheed Lewis**
      **NO:   4:05CR40001-FDS**


Dear Ms. Roland:

Pursuant to our telephone conversation, this will serve to confirm that:

1.	I am aware that indictments have been returned against Mr. Lewis by the Grand Jury dated January 5, 2005.

2.	I have spoken with Assistant U.S. Attorney B. Stephanie Siegmann.  I am also now attempting to contact Defendant's co-counsel Timothy G. Watkins concerning his availability and participation in the Arraignment of Mr. Lewis on said indictments.

3.	I am unavailable to appear before the Court for Mr. Lewis' Arraignment anytime during the month of January, 2005.

United States District Court
**ATTENTION: Lisa Roland**
January 13, 2005
Page Two


  4. Assistant U.S. Attorney Siegmann and I have tentatively agreed to request that the Court schedule Mr. Lewis' Arraignment for ***Tuesday, February 2, 2004,*** at ***2:00 P.M.*** at the United States District Court, Donohue Federal Building & Courthouse, 595 Main Street, Worcester, MA 01608.

  Please contact me at 978-534-0005 ext. 11 if there are any problems or questions.

  Thank you for your attention to this matter.

           Very truly yours,

           CAMPOBASSO & CAMPOBASSO, P.C.

           /s/ Stephen M. CampoBasso

SMC:mmh         Stephen M. CampoBasso

CC: B. Stephanie Siegmann,  Timothy G. Watkins, Esquire
   Assistant U.S. Attorney   (via e-filing)
   (via e-filing)

   Mr. Samuel J. Lewis