**UNITED STATES DISTRICT COURT**
**District of Massachusetts**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>SAMUEL J. LEWIS, A/K/A          )<br>SHAHEED LEWIS                      )<br>                         Defendant    ) | Case No. 4:05CR40001-FDS |

**DEFENDANT'S MOTION FOR**
**PERMISSION TO ATTEND RELIGIOUS SERVICES**

Now comes the Defendant, Samuel J. Lewis, a/k/a Shaheed Lewis, and requests that this Honorable Court grant him permission to travel to Boston on Thursday, January 20, 2005.

Thursday, January 20, 2005 is a religious celebration of the Islamic commemoration of Abraham.

The Defendant, Samuel J. Lewis a/k/a Shaheed Lewis requests permission to attend said religious service. The total time, including driving to and from Boston and attendance at the service, would be approximately five (5) hours.

The Defendant, Samuel J. Lewis, a/k/a Shaheed Lewis made this request to pre-trial services, who in turn requested that the Defendant file this Motion, which he does.

WHEREFORE, the Defendant, Samuel J. Lewis a/k/a Shaheed Lewis requests permission to attend the Islamic commemoration of Abraham on Thursday, January 20, 2005 for five (5) hours, the times to be agreed upon between the Defendant and pre-trial services.

                                              SAMUEL J. LEWIS,
A/K/A SHAHEED LEWIS

By his Attorneys,

/s/ Stephen M. CampoBasso
Stephen M. CampoBasso, Esquire
BBO #: 071720
CAMPOBASSO & CAMPOBASSO, P.C.
54 Main Street, P.O. Box 548
Leominster, MA 01453
(978) 534-0005

/s/ Timothy G. Watkins
Timothy G. Watkins, Esquire
BBO #:
Federal Public Defender's Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
(617) 223-8061

Dated: January 18, 2005