UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL LEWIS | ) | |

ASSENTED-TO MOTION TO TEMPORARILY
MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, Samuel Lewis, moves this Court to temporarily modify his conditions of pretrial release to allow him to travel to Boston on February 16, 2005. As grounds for this motion, the defendant through counsel states the following:

1. The defendant was arrested on November 23, 2004 and charged by complaint with making false statements in connection with gun purchases in violation of 18 U.S.C. § 922(a)(6).

2. He was conditionally released December 6, 2004 by this Court. As one of the conditions of release, the Court ordered that defendant's travel be limited to Worcester County.

3. Pretrial Services reports that the defendant has been compliant with all conditions of release.

4. Defendant's wife is currently seeking to adjust her immigration status. This process requires periodic appointments at the Bureau of Immigration and Customs Enforcement in Boston. This Court previously allowed defendant, on counsel's oral motion, to travel to Boston for such an appointment. That travel to Boston and back occurred without incident.

5. Defendant's wife has a scheduled appointment at BICE for February 16, 2005 in the morning. Defendant requests that the Court again temporarily lift the travel restriction to allow him to attend this appointment with his wife.

6. Pretrial Services concurs with this request but requires judicial approval by the Court to modify these conditions.

7.   The government assents to this motion.

                                  SAMUEL LEWIS  
                                  By his attorney,

                                  /s/ Timothy Watkins  
                                  Timothy Watkins  
                                    B.B.O. #567992  
                                  Federal Defender Office  
                                  408 Atlantic Ave., Third Floor  
                                  Boston, MA  02110  
                                  Tel: 617-223-8061