UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )    CRIMINAL NO. 05-40001-FDS
        v.                     )
                               )
                               )
SAMUEL J. LEWIS,               )
a/k/a SHAHEED LEWIS,           )
                               )
        Defendant.             )
                               )
                               )

### PROTECTIVE ORDER

This matter comes before the Court upon the Motion of the United States for a Protective Order to prevent the unauthorized disclosure or dissemination of personal bank records of a third-party witness, which will be provided to or made available to defense counsel by the government during the prosecution of this case.

Based upon the Motion, it is hereby ORDERED:

1.   The defendant's counsel, Timothy Watkins of the Federal Defender Office, shall be given access to, and/or copies of, the bank records of the witness within the possession, custody, and control of the U.S. Attorney's Office.

2.   Copies of the bank records may be maintained by Mr. Watkins at the Federal Defender Office and any other office used by Mr. Watkins.  Mr. Watkins may use these records during the pendency of this case for any lawful purpose (including, but not limited to, preparation for defense and court filings) and may show these records to the Defendant.  No person except the

Defendant, counsel (and paralegals or office staff of the Federal Defender Office), and any experts hired to assist in this case shall have access to these bank records.

3.    Upon conclusion of this case, the defense counsel shall return to the U.S. Attorney's Office any and all copies of the bank records made and maintained by defense counsel for destruction or return to the financial institution pursuant to the government's obligations under 12 U.S.C. § 3420 (a)(3).

SO ORDERED this 2nd day of March, 2005, at Worcester, Massachusetts.

CHARLES B. SWARTWOOD
Chief Magistrate Judge