```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA           )
                                   )
     v.                            )    CRIMINAL NO. 05-40001-FDS
                                   )
SAMUEL J. LEWIS                    )

<u>JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)
REGARDING STATUS CONFERENCE BEFORE MAGISTRATE-JUDGE</u>

Now comes the defendant and the United States through the undersigned attorneys and jointly file this memorandum to address the issues set forth in District of Massachusetts Local Rule 116.5(A) as follows:

(1) Neither party requests relief from the timing requirements at this time;

(2) The defendant has requested expert discovery and the government has disclosed expert information. The government will disclose any expert witnesses 21 days before trial and defendant will disclose expert witnesses, if any, 7 days before trial.

(3) The government does not anticipate any further discovery pursuant to the automatic discovery rules. Defendant requires additional time to determine whether he will request additional items in discovery and whether any discovery is owed to the government;

(4) Defendant is reviewing discovery provided and is not yet in a position to determine whether substantive motions, as defined by Fed. R. Crim. P. 12(c), will be filed;

(5) The parties agree that a prior Order of the Court excluded the time from arraignment until March 2, 2005. The parties further agree that the government provided automatic discovery as of March 2, 2005 and that the time period from that date until the date of the initial status conference date of March 16, 2005 shall also be excluded to allow defendant to review discovery and develop a discovery plan.

(6)  Negotiations to resolve the case short of trial are ongoing. Trial, if necessary, is anticipated to take two weeks.

(7)  The parties request that an Interim Status Conference be scheduled during the week of April 11, 2005.

Additionally, the parties request that because no discovery issues are outstanding and defendant requires more time to review discovery, this Court waive the Initial Status Conference now scheduled for March 16, 2005 and instead schedule an Interim Status Conference on whatever date is convenient to the Court during the week of April 11, 2005.  The parties further agree that the time period commencing March 16, 2005 and ending at the next scheduled Interim Status Conference is excludable from calculation under the Speedy Trial Act to allow defendant to review discovery, develop a discovery plan, and consider whether substantive motions should be filed.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | SAMUEL LEWIS<br>By His Attorney, |
| /s/ Timothy Watkins o/b/o<br>Stephanie Siegmann<br>Assistant United States Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3664 | /s/ Timothy Watkins<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |