UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 05-40001-FDS
SAMUEL J. LEWIS,               )
        Defendant,             )
                               )
_____)
```

INITIAL STATUS REPORT
March 23, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has completed it application for automatic discovery and counsel for Mr. Lewis has requested additional time to review that discovery.  I have granted that request.

2. Plea Negotiations

Counsel for the parties are involved in plea negotiations and have requested additional time to complete those negotiations.  I have granted that request.

3. Further Status Conference

A further status conference shall be held in this case on April 11, 2005, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 16, 2005 (date of expiration of prior order of excludable time) through April 11, 2005 (date by which both discovery and plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, June 20, 2005</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE