UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> SAMUEL J. LEWIS, ) <br> Defendant, ) <br> ) | **CRIMINAL ACTION** <br> **NO. 05-40001-FDS** |

**ORDER OF EXCLUDABLE TIME**
**March 23, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 16, 2005 (date of expiration of prior order of excludable time) through April 11, 2005 (date by which both discovery and plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE