```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL NO. 05-40001-FDS
                              )
SAMUEL J. LEWIS               )
```

### ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant, Samuel Lewis, moves to continue the status conference in this matter, presently scheduled for April 11, 2005, to a date convenient to the Court but no earlier than May 2, 2005. As reasons therefore, defendant through counsel states the following:

1. Counsel is continuing to review the discovery provided in this case and to determine whether further discovery and/or reciprocal discovery is required;

2. Defendant anticipates that dispositive motions, as defined by Fed. R. Crim. P. 12(c), will be filed. Further legal and factual investigation, however, is required before such motions may be filed;

3. Counsel's attention to this matter has been distracted by the recent departure of one of the attorneys in the office and the resulting need to reassign to undersigned counsel cases previously handled by that attorney. Defendant is therefore not presently in a position to reliably indicate when those motions will be filed;

4. Counsel expects that a three-week continuance will allow counsel to more accurately report the matter's readiness to be returned to the district court;

5. The parties agree that the most recent order of the Court excluded the time ending on April 11, 2005 from calculation under the Speedy Trial Act. Defendant agrees that the time commencing on April 11, 2005 and ending on whatever date the Court sets for the next status conference should be similarly excluded.

Additionally, the parties request that because no discovery issues are outstanding and defendant requires more time to review discovery, this Court waive the Status Conference now scheduled for April 11, 2005 and instead schedule a Status Conference on whatever date is convenient to the Court during the week of May 2, 2005.

                SAMUEL LEWIS
                By His Attorney,


                /s/ Timothy Watkins
                Timothy G. Watkins
                Federal Defender Office
                408 Atlantic Ave. 3rd Floor
                Boston, MA  02110
                Tel: 617-223-8061