UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
        v.                      )       CRIMINAL NO. 05-40001-FDS
                                )
SAMUEL J. LEWIS                 )
```

UNOPPOSED MOTION TO TEMPORARILY
MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, Samuel Lewis, moves this Court to temporarily
modify his conditions of pretrial release to allow him to attend
an educational open-house in Connecticut on April 23, 2005.  As
grounds for this motion, the defendant through counsel states the
following:

1.    The defendant is charged with making false statements in
      connection with purchases of firearms in violation of 18
      U.S.C. §§ 922(a)(6) & 924(a)(1)(A).

2.    He was conditionally released on December 6, 2004 by
      Magistrate Judge Charles B. Swartwood, III.  As one of his
      conditions of release, the Court ordered that defendant's
      travel be limited to Worcester county.

3.    Defendant is exploring future employment and educational
      opportunities while on pretrial release.  In furtherance of
      this goal, defendant wishes to attend a day-long open house
      at Quinnipiac University in Hamden, Connecticut.  A brochure
      explaining the nature of the open house is attached as
      Exhibit A.

4.    Pretrial Services reports that the defendant has been
      compliant with all conditions of release.

5.    Pretrial Services concurs with these modification but
      requires judicial approval by the Court to modify these
      conditions.

6.    The government does not oppose this motion.

SAMUEL LEWIS
By his attorney,


/s/ Timothy Watkins
Timothy Watkins
  B.B.O. #567992
Federal Defender Office
408 Atlantic Ave., Third Floor
Boston, MA  02110
Tel: 617-223-8061

P. 1

TO:16172238000

5087563742

FROM: THE CHECK EXCHANGE

APR-18-2005 16:27



# QUINNIPIAC UNIVERSITY

## Graduate Information Session
## Saturday, April 23, 2005

ALUMNI HALL

9:30–10 a.m. • Registration and refreshments
10–10:30 a.m. • Welcome by graduate admissions & financial aid
10:30 a.m.–11:30 p.m. • Individual program presentations
11:30 a.m. • Campus tour

We invite you to meet with faculty and staff to answer
your questions and explore these career–enhancing
master's degree programs:

- Accounting
- Teaching
- Physician Assistant
- Biomedical Sciences
- Molecular/Cell Biology
- Journalism
- Interactive Communications

- Pathologists' Assistant
- Nurse Practitioner
- Forensic Nurse Clinical Specialist
- Computer Information Systems
- M.B.A.
- M.B.A. in Health Care Management
  (pending state approval)

Register for this event:
Online: http://www.quinnipiac.edu/x4224.xml
By Phone: 203-582-8672 or 1-800-462-1944
Via e-mail: graduate@quinnipiac.edu
(please indicate your program of interest)

INVEST IN SOMETHING OF VALUE – YOUR FUTURE

# QUINNIPIAC UNIVERSITY

**OFFICE OF GRADUATE ADMISSIONS**

275 MOUNT CARMEL AVENUE
HAMDEN, CT 06518-1940

Nonp
U.S.
P
Permi
New H

## DIRECTIONS

From Providence and East, or New York City and West, via 1-95 (Connecticut Turnpike): Take I-95 to New Haven. Then take I-91 north to Exit 10 (Route 40). Follow Route 40 approximately 3 miles to its end (at Whitney Avenue). Turn right onto Whitney Avenue (Route 10) and proceed north for 1.4 miles. Turn right onto Mount Carmel Avenue and go 0.3 miles to campus main entrance.

From New York City and West, or Hartford and East, via the Wilbur Cross (Merritt) Parkway: Take the Parkway (Route 15) to Exit 61 (from the west) or Exit 62 (from the east). Turn right onto Whitney Avenue (Route 10) and proceed north 3 miles to Mount Carmel Avenue. Turn right onto Mount Carmel Avenue and go 0.3 miles to campus main entrance.

From Northern New Jersey: Follow Route 287 over Tappan Zee Bridge to Exit 8. Follow Route 287 to Merritt Parkway (Exit 9N). Follow above directions from Parkway (Route 15).

From Hartford, Boston, and Upper New England, via I-91: Take I-91 south to Exit 10 (Route 40). Follow Route 40 approximately 3 miles to its end (at Whitney Avenue). Turn right onto Whitney Avenue (Route 10) and proceed north for 1.4 miles. Turn right onto Mount Carmel Avenue and go 0.3 miles to campus main entrance.

From Waterbury and Upper New York State, via I-84: I-84 to Exit 26. At end of exit, bear right on Route 70 toward Cheshire. Continue on Route 70 to Route 10. Turn right on Route 10 and go about 7 miles to Mount Carmel Avenue. Turn left onto Mount Carmel Avenue and go 0.3 miles to campus main entrance.

For additional information or directions from other locations, please call Quinnipiac Graduate Admissions 203-582-8672.

Samuel Lewis
PO Box 20332
Worcester MA 01602-0332