```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
         v.                   )    CRIMINAL ACTION
                              )    NO. 05-40001-FDS
SAMUEL J. LEWIS,              )
         Defendant,           )
                              )
_____)
```

                         STATUS REPORT
                        April 20, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Lewis' counsel has requested additional time to review discovery produced by the Government.  I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on May 3, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 11, 2005 (date of expiration of prior order of excludable time) through May 3, 2005 (date by which discovery shall be completed in this case).

Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, July 12, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE