```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____  )
UNITED STATES OF AMERICA,     )
                              )
                              )
            v.                )   **CRIMINAL ACTION**
                              )   **NO. 05-40001-FDS**
SAMUEL J. LEWIS,              )
         Defendant,           )
_____)

<u>**STATUS REPORT**</u>
**May 6, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Lewis' counsel anticipates serving the Government with discovery letters which shall be done by May 17, 2005 and the Government shall respond to those letters by May 31, 2005. Counsel for the parties will then have a week to meet and discuss whether or not they can resolve any of the remaining discovery issues before the next status conference.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on June 7, 2005, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 3, 2005 (date of expiration of prior order of excludable time) through June 7, 2005 (date by which the parties will have identified all remaining discovery disputes). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, August 16, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE