**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

June 6, 2005

B. Stephanie Siegmann, Esq.
U.S. Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02110

      **Re:  United States v. Samuel Lewis**
            **Criminal No. 05-40001-FDS**

Dear Ms. Siegmann:

    In accordance with Rule 116.3(A) of the Local Rules for the District of Massachusetts, I submit for your response the following discovery requests.

1. Information regarding the number of prosecutions commenced in the District of Massachusetts under 18 U.S.C. §§ 922(a)(6) and 924(a)(1)(A) from January 1, 2001 through the present, including the race, age, religious affiliation and sex of the defendants.

2. Information regarding the number of instances of sales or attempted sales in the District of Massachusetts where regulatory, law enforcement, or other agents have identified false statements made on a ATF Form 4473 from January 1, 2001 through the present, including the race, age, religious affiliation, and sex of the transferor and transferee.

3. Information regarding the number of 18 U.S.C. §§ 922(a)(6) and 924(a)(1)(A) violations investigated by federal agents within the District of Massachusetts from January 1, 2001 through the present, including the race, age, religious affiliation, and sex of the transferor and transferee.

4. Information regarding the number of search warrants sought by or in conjunction with the United States Attorney's Office for the District of Massachusetts where the objective

-1-

**United States v. Samuel Lewis**
<u>**Criminal No. 05-40001-FDS**</u>
June 6, 2005

      of the warrant was to recover evidence of a violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(1)(A) from January 1, 2001 through the present, including the race, age, religious affiliation and sex of the target of the warrant.

5. Information regarding the number of referrals of prohibited persons, as identified by the Bureau of Alcohol, Tobacco and Firearms ("ATF") through the National Instant Criminal Background Check System ("NICS"), received by the Boston ATF NICS coordinator in connection with enforcement of the Brady Act since its inception.

6. The number of referrals of prohibited persons by the Boston ATF NICS coordinator to the United States Attorney's Office for the District of Massachusetts in connection with enforcement of the Brady Act since its inception.

7. The prosecutorial guidelines by which ATF and the United States Attorney's Office for the District of Massachusetts accept or decline prosecutions of referrals of prohibited persons identified by NICS.

                                         Sincerely,

                                          /s/ Timothy G. Watkins
                                          Timothy G. Watkins

cc: Hon. Charles B. Swartwood, III (by ECF).