UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>SAMUEL J. LEWIS, )<br>     Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 05-40001-FDS** |

**STATUS REPORT**
June 8, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Mr. Lewis' counsel has made written request for certain discovery from the Government and the Government shall respond to that request by June 22, 2005.  If the parties are unable to resolve all issues concerning discovery, Mr. Lewis shall file his motion for discovery by July 6, 2005 and the Government shall respond to that motion by July 25, 2005.

2. Status Conference/Hearing

A further status conference and hearing on discovery motions shall be held on July 27, 2005, at 9:30 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 7, 2005 (date of expiration of prior order of excludable time) through July 25, 2005 (date by which the Government shall respond to Mr. Lewis' request for discovery).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, October 3, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE