

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts  02210


June 20, 2005

Timothy Watkins, Esq.
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110

    Re:   United States v. Samuel J. Lewis a/k/a Shaheed Lewis
           Criminal Action No. 05-40001-FDS

Dear Attorney Watkins:

    Pursuant to Local Rules 116.3(A), the government hereby responds to your discovery letter of June 6, 2005.  For the reasons articulated below, the government objects to the discovery requests, numbered one through ten, and declines to comply with these requests.

    In your letter, the Defendant seeks production of items relating to general information regarding prosecutions brought and search warrants executed in the District of Massachusetts, prosecutorial guidelines, and information about the policies and procedures of ATF.  These requests exceed the scope of Fed. R. Crim. P. 16 and the Local Rules.  As the Supreme Court has held in United States v. Armstrong, 517 U.S. 456, 463 (1996), "Rule 16(a)(1)(C) authorizes defendants to examine Government documents material to the preparation of their defense against the Government's case in chief, but not to the presentation of selective-prosecution claims."  Furthermore, Rule 16 specifically exempts from discovery "reports, memoranda, or other internal government documents made by the attorney for the government or other government agents with the investigation or prosecution of the case."  Fed. R. Crim. P. 16(a)(2).

    Please feel free to contact me at (617) 748-3191 with any

Attorney Watkins
June 20, 2005
Page 2

questions or comments.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              U.S. Attorney

                    By:  /s/ B. Stephanie Siegmann
                              B. Stephanie Siegmann
                              Assistant U.S. Attorney


cc:  Hon. Charles B. Swartwood, III (by ECF)
     Chief Magistrate Judge