UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
        v.                        )     CRIMINAL NO. 05-40001-FDS
                                  )
SAMUEL J. LEWIS                   )


MOTION TO ENLARGE TIME
IN WHICH TO FILE DISCOVERY MOTION

Defendant, Samuel Lewis, moves to enlarge the time in which to file his discovery motion seeking information concerning his potential claim of selective prosecution.  Defendant's motion is presently due by July 6, 2005; defendant requests that the time be enlarged to include August 3, 2005.  As reasons therefore, defendant through counsel states the following:

1.   Defendant by letter requested a number of documents from the government concerning firearms prosecutions and the government has declined to provide those documents.

2.   Anticipating that the government would decline to produce those documents, the parties at the last status conference requested that the Court establish a schedule for further discovery motions.  The Court set July 6, 2005 as the date by which defendant would file discovery motions and July 25, 2005 for the government's reply.

3.   Counsel has been endeavoring to file the discovery motion before leaving on his annual vacation.  The motion, however, is necessarily factually dense. Moreover, the Federal Defender Office Paralegal, who has been doing substantial work on the motion, has been on annual leave during the past week and she prepares to enter law school in the fall.

4.   Moreover, counsel has been unusually busy with a number
     of emergency matters as the Federal Defender Office,
     already shorthanded, has dealt with annual leave and
     new counsel training issues.

5.   Counsel expects that the suggested continuance will
     allow ample time for counsel to complete the discovery
     motion in a timely matter.

6.   Counsel was unable to contact the government to obtain
     its assent before filing this motion.  Defendant
     assents to whatever reasonable time the government
     requests as a motion response date.

6.   The most recent order of the Court excluded the time
     ending on July 25, 2005 from calculation under the
     Speedy Trial Act.  Defendant agrees that the time
     commencing on July 25, 2005 and ending on whatever date
     the Court sets for the government's discovery reply
     should be similarly excluded.


                    SAMUEL LEWIS
                    By His Attorney,


                    /s/ Timothy Watkins
                    Timothy G. Watkins
                    Federal Defender Office
                    408 Atlantic Ave. 3rd Floor
                    Boston, MA  02110
                    Tel: 617-223-8061