<pre>
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
         v.                        )   CRIMINAL ACTION
                                   )   NO. 05-40001-FDS
SAMUEL J. LEWIS,                   )
         Defendant,                )
_____)
</pre>

                    **STATUS REPORT**
                    **July 19, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

I have previously allowed Defendant's Motion To Enlarge Time In Which To File Discovery Motions (Docket No. 42). Therefore, Mr. Lewis' counsel shall file his motions for discovery by August 19, 2005 and the Government shall file its response to that motion by September 9, 2005.

2. <u>Status Conference</u>

A further status conference shall be held in this case on September 13, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 25, 2005 (date of expiration of prior order of excludable time) through September 9, 2005 (date by which the Government is to file its response to Defendant's Motion For Discovery). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, November 18, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE