UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-40001-FDS** |
| SAMUEL J. LEWIS, | ) | |
|     Defendant, | ) | |

### ORDER OF EXCLUDABLE TIME
### July 19, 2005

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 25, 2005 (date of expiration of prior order of excludable time) through September 9, 2005 (date by which the Government is to file its response to Defendant's Motion For Discovery) shall be excluded from the Speedy Trial Act.

                                                    /s/Charles B. Swartwood, III
                                                    CHARLES B. SWARTWOOD, III
                                                    CHIEF MAGISTRATE JUDGE