```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA       )
                               )
     v.                        )    CRIMINAL NO. 05-40001-FDS
                               )
SAMUEL J. LEWIS                )
```

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant, Samuel Lewis, moves to continue the status conference in this matter, presently scheduled for September 13, 2005, to September 30, 2005 at 3:30 p.m. Defendant also requests that the Court continue the deadline for filing motions to September 27, 2005. As reasons therefore, defendant through counsel states the following:

1. The remaining issue in the initial discovery phase of this matter is whether defendant will be granted further discovery concerning whether the government has engaged in selective prosecution. The government has indicated that it will oppose further discovery.

2. To obtain further discovery, defendant must make a threshold showing suggesting improper motive. See United States v. Armstrong, 517 U.S. 456 (1996).

3. The factual and legal investigation to make such a showing is complex. This Court has several times granted defendant's requests for continuances in order to accomplish this task.

4.  Despite the continuances, defendant has not yet been able to file the discovery motions.

5.  Counsel's attention to this matter has most recently been distracted by personal matters.  Specifically, counsel's elderly parents were injured in an automobile accident in early August.  Counsel took intermittent personal leave during the month of August to deal with lingering health issues engendered by the accident.

6.  Counsel expects that the requested continuance will allow counsel to complete and file the motion, and to allow the government to review the motion in preparation for the status conference so that it can reliably report to the Court the length of time it needs to respond.

7.  The parties agree that the most recent order of the Court excluded the time ending on September 9, 2005 from calculation under the Speedy Trial Act.  The parties further agrees that the time commencing on September 9, 2005 and ending on September 27, 2005 should be similarly excluded.  It is expected that the filing of defendant's discovery motion will further toll the Speedy Trial Act on that date.

8.  The government assents to this motion.

```
                              SAMUEL LEWIS
                              By His Attorney,



                              /s/ Timothy Watkins
                              Timothy G. Watkins
                              Federal Defender Office
                              408 Atlantic Ave. 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```