```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 05-40001-FDS |
| | ) |
| SAMUEL J. LEWIS | ) |

<u>JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)
REGARDING STATUS CONFERENCE BEFORE MAGISTRATE-JUDGE</u>

Now comes the defendant and the United States through the undersigned attorneys and jointly file this memorandum to address the issues set forth in District of Massachusetts Local Rule 116.5(C) as follows:

(1) The parties have completed their discovery obligations;

(2) No future discovery motions are anticipated. Each party is aware of its continuing obligations under Fed.R.Crim.P. 16;

(3) The defendant does not intend to raise a defense of insanity or public authority;

(4) The defendant does not intend to present an alibi defense;

(5) The defendant will file a Motion to Dismiss alleging selective prosecution;

(6) The Court should set a briefing schedule for the Motion to Dismiss. The defendant requests until October 18, 2005 to file the motion. The government will respond within the time allotted by the local rules;

(7) The case will be a trial.

(8) The parties agree that under prior orders of the Court, the most recent of which excluded the period concluding October 4, 2005. The parties agree that the time period up to and including the filing of defendant's motion to dismiss is similarly excludable. All 70 days of the time in which the case must be tried under the Speedy Trial Act remain.

(9) The parties anticipate that a trial of this case would last approximately 5-7 trial days.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | SAMUEL LEWIS<br>By His Attorney, |
| /s/ Timothy Watkins o/b/o<br>Stephanie Siegmann<br>Assistant United States<br>Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3664 | /s/ Timothy Watkins<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |