UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 05-40001-FDS
SAMUEL J. LEWIS,               )
        Defendant,             )
_____)
```

STATUS REPORT
October 5, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Completed.

2. Motion To Dismiss

Mr. Lewis intends to file a Motion to Dismiss. That motion shall be filed by October 18, 2005, and the Government shall file its opposition to that motion by November 4, 2005.

3. Status Conference

A further status conference shall be held in this case on November 7, 2005, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4. Excludable Time

At the request of the Government and with the assent of counsel for Mr. Lewis, I am excluding from the Speedy Trial Act, the period from September 9, 2005 (date of expiration of prior order of excludable time) through November 4, 2005 (date by which the Government is to file its opposition to Mr. Lewis' Motion to Dismiss). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, January 13, 2006</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE