UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL J. LEWIS | ) | |

## MOTION TO TEMPORARILY AMEND CONDITIONS OF PRETRIAL RELEASE

   Defendant, Samuel Lewis, moves that the Court temporarily modify the conditions of his pretrial release to allow him to attend Ramadan services in Cambridge, Massachusetts on November 2 or 3, 2005. Defendant has been on release since December, 2004 and has been compliant with all of his conditions of release. One of those conditions is that his travel be restricted to Worcester County. Pretrial Services has indicted to counsel that it has received the details of defendant's proposed travel and recommends that defendant be allowed to travel to Cambridge for this purpose. Court permission, however, is required in order to permit defendant to do so.

   Counsel's trial schedule has prevented counsel from consulting with the government concerning this motion. Counsel will advise the clerk when and if it receives the assent of the government.

                              SAMUEL LEWIS
                              By His Attorney,


                              /s/ Timothy Watkins
                              Timothy G. Watkins
                              Federal Defender Office
                              408 Atlantic Ave. 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061