UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL J. LEWIS | ) | |

MOTION TO CONTINUE STATUS CONFERENCE

Defendant, Samuel Lewis, moves that the Court (1) reset the deadlines for the filing of defendant's motion to dismiss and the government's response, and (2) continue the final status conference to a date convenient to the Court to allow the filing of the motion and response.  As reasons therefore, defendant through counsel states the following:

1. At the last status conference, the parties reported that the only matter outstanding was a motion to dismiss to be filed by defendant;

2. The Court set a briefing schedule for the filing of the motion and the government's response, and set November 7, 2005 as the date for the Final Status Conference;

3. Counsel did not file the motion by the date established by the Court, and has not yet been able to file the motion.  Counsel's attention to this matter has been distracted by, inter alia, (1) a brief to the First Circuit Court of Appeals in United States v. Jesus Arteaga, No. 04-2405, (2) a petition for writ of

   certiorari in <u>United States v. Peter Fontes</u>, 415 F.3d 174 (1st Cir. 2005), (3) preparation for trial in <u>United States v. Baiona, et. al.</u>, No. 03-10304-GAO, and (4) preparation for, and trial last week in, <u>United States v. Girard LaFortune</u>, 03-10366-PBS.

4. Most recently, counsel's attention to this matter has been further distracted by the hospitalization and declining health of his elderly father. Counsel's father passed away last Thursday, November 3, 2005 at Massachusetts General Hospital.

5. The motion is substantially complete. Counsel, however, is taking a leave of absence during the week of November 7, 2005 in order to attend to details resulting from his father's death and to make living arrangements for his elderly mother. Counsel therefore requests an additional two weeks in order to file the motion.

5. Defendant agrees that the time commencing on November 7, 2005 and ending on whatever date the Court sets for the next status conference should be excluded from operation of the Speedy Trial Act.

SAMUEL LEWIS
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061