# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 05-40001-FDS
SAMUEL J. LEWIS,               )
          Defendant,           )
_____)
```

## STATUS REPORT
## November 7, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.    Motion To Dismiss

Mr. Lewis' counsel has made a reasonable request to extend the time for the filing of his motion to dismiss.  I have granted that request.  That motion shall be filed by November 29, 2005 and the Government shall file its opposition to that motion by December 13, 2005.

2.    Further Status Conference

A further status conference shall be held in this case on December 14, 2005, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.    Excludable Time

At the request of the Government and without opposition from Mr. Lewis, I am excluding from the Speedy Trial Act, the period from November 4, 2005 (date of expiration of prior order of excludable time) through December 13, 2005 (date by which the Government is to file its opposition to Mr. Lewis' Motion to Dismiss).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, February 21, 2006</u>.


<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE

2