UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-40001-FDS |
| ) | |
| SAMUEL J. LEWIS ) | |

MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND
FOR FURTHER DISCOVERY
<u>IN EXCESS OF TWENTY PAGES</u>

Defendant Samuel J. Lewis moves, pursuant to Local Rule 7.1(b)(4), for leave to file a his Motion to Dismiss and for Further Discovery in excess of twenty pages. As reasons therefore, defendant states that the memorandum must address myriad factual issues as required by the Supreme Court's decision in <u>United States v. Armstrong</u>, 517 U.S. 456 (1996). For this reason, defendant requests that she be allowed to exceed the ordinary twenty page limit for memoranda.

SAMUEL LEWIS
By His Attorney,

/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061