```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
     v.                         )    CRIMINAL NO. 05-40001-FDS
                                )
SAMUEL J. LEWIS                 )


         MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND
                    FOR FURTHER DISCOVERY
                         INSTANTER
```

Defendant Samuel J. Lewis moves for leave to file a his Motion to Dismiss and for Further Discovery instanter.  As reasons therefore, defendant states the Chief Magistrate Judge has previously set deadlines by which this Motion was to have been filed which were often extended at defendant's requests for extensions because of, most recently, health concerns attendant to the eventual passing of counsel's father.  Counsel's attention to this matter has been continually distracted by the personal leave required by these personal issues and the consequent emerging demands in various cases counsel is handling.

Wherefore, the defendant requests this Court accept the Motion to Dismiss filed herewith.

SAMUEL LEWIS
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

-2-