

# MEMORANDUM

**To:** Charles B. Swartwood, Chief US Magistrate Judge
**From:** Vangie Cuascut, US Pretrial Services Officer
**Re:** LEWIS, Samuel
CR# 05-40001-FDS
**Date:** December 15, 2005

Samuel Lewis appeared before Your Honor on November 23, 2004 charged with False Application for Firearms. After a Detention Hearing, Your Honor released the defendant on a $10,000 Unsecured Bond with restrictive conditions that included in person reporting each Wednesday, telephone reporting each Monday & Friday, daily evening reporting Monday - Sunday @ 7pm. The defendant's travel is also restricted to Worcester County, and Hampden County for business purposes only.

The defendant has complied with the release conditions, without incident for over a year. He has maintained a respectful and cooperative attitude and has not posed any supervision problems. At this time, Pretrial Services recommends that the defendant's reporting condition be amended to once a week in person and once a week by telephone (during regular business hours). I have discussed this matter with the defendant's attorney and AUSA Siegman. There is no objection to the proposed amendment.

The defendant has requested permission to travel to Marlborough, MA (Middlesex County) for business / education purposes. He is requesting permission to travel to that area for business purposes today, 12/14/06 for three hours. At this time, I would recommend that the defendant be allowed to travel to Marlborough, MA for that purpose.

Please advise if Your Honor concurs with the above.

VC

cc: Timothy Watkins, FPD
Stephanie Siegman, AUSA

12-15-05
I concur.