UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
          v.                        )   CRIMINAL ACTION
                                    )   NO. 05-40001-FDS
SAMUEL J. LEWIS,                    )
          Defendant,                )
                                    )
_____ )

FINAL STATUS REPORT
December 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. Motion To Dismiss

Counsel for Mr. Lewis has filed a Motion To Dismiss for selective prosecution and as part of that motion, has requested that he be allowed discovery of facts relative to his claim of selective prosecution. The Government's counsel has requested additional time within which to file an opposition to Mr. Lewis' motion. I have granted that request and her opposition shall be filed by February 15, 2006.

2. Excludable Time

At the request of the Government and without opposition from Mr. Lewis, I am excluding from the Speedy Trial Act, the period from December 13, 2005 (date of expiration of prior order of

excludable time) through February 15, 2006 (date by which the Government is to file its opposition to Mr. Lewis' Motion to Dismiss). Therefore, I have excluded from the Speedy Trial Act, the entire period from date of Mr. Lewis' arraignment through February 15, 2006 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, April 26, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE