```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )    CRIMINAL NO. 05-40001-FDS
     v.                        )
                               )
                               )
SAMUEL J. LEWIS,               )
a/k/a SHAHEED LEWIS,           )
                               )
          Defendant.           )
                               )
                               )
```

### ASSENTED-TO GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR FURTHER DISCOVERY

With the assent of the Defendant, the Government respectfully moves for a one-week extension of time, until February 22, 2006, to file its Opposition to the Defendant's Motion to Dismiss and For Further Discovery. As grounds for this motion, the Government states that due to a child's illness and upcoming trial scheduled to begin February 13, 2006, it needs more time to fully respond to the issues raised in Defendant's motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By: /s/ B. Stephanie Siegmann
                              B. STEPHANIE SIEGMANN
                              Assistant U.S. Attorney

Dated: February 10, 2006

<u>Certificate of Service</u>

I do hereby certify that a copy of the foregoing motion was served upon Mr. Timothy Watkins by electronic notice on this 10th day of February 2006.

<u>/s/ B. Stephanie Siegmann</u>
B. Stephanie Siegmann
Assistant U.S. Attorney