UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>SAMUEL J. LEWIS,　　　　　　 )<br>a/k/a SHAHEED LEWIS,　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendant.　　　　　　 ) | CRIMINAL NO. 05-40001-FDS |

**GOVERNMENT'S MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE
ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
AND FOR FURTHER DISCOVERY**

　　The Government respectfully moves for a one-day extension of time, until February 23, 2006, to file its Opposition to the Defendant's Motion to Dismiss and For Further Discovery.  As grounds for this motion, the Government states that due to personal issues related to the health of a child, it needs more time to fully respond to the issues raised in Defendant's motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By: /s/ B. Stephanie Siegmann
　　　　　　　　　　　　　　　　　　　B. STEPHANIE SIEGMANN
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: February 22, 2006

　　　　　　　　　　　　　　Certificate of Service

　　I do hereby certify that a copy of the foregoing motion was served upon Mr. Timothy Watkins by electronic notice on this 22nd day of February 2006.

　　　　　　　　　　　　　　　　　/s/ B. Stephanie Siegmann
　　　　　　　　　　　　　　　　　B. Stephanie Siegmann
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney