UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )    CRIMINAL NO. 05-40001-FDS
        v.                      )
                                )
                                )
SAMUEL J. LEWIS,                )
a/k/a SHAHEED LEWIS,            )
                                )
        Defendant.              )
                                )
                                )

**GOVERNMENT'S MOTION TO FILE OPPOSITION TO MOTION
TO DISMISS IN EXCESS OF TWENTY PAGES**

The United States of America, by Michael J. Sullivan, United States Attorney, and B. Stephanie Siegmann, Assistant United States Attorney for the District of Massachusetts, hereby moves, pursuant to Local Rule 7.1(b)(4), for leave to file its Opposition to Defendant's Motion to Dismiss and For Further Discovery in excess of twenty pages. As reasons therefore, the government states that the Defendant raised several factual and legal issues to which the government was required to respond.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ B. Stephanie Siegmann
B. STEPHANIE SIEGMANN
Assistant U.S. Attorney

Date: February 23, 2006

Certificate of Service

I do hereby certify that a copy of the foregoing opposition memorandum was served upon Mr. Watkins by electronic notice on this 23rd day of February 2006.

/s/ B. Stephanie Siegmann
B. Stephanie Siegmann
Assistant U.S. Attorney