UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL J. LEWIS | ) | |

## MOTION FOR LEAVE TO FILE REPLY

Defendant respectfully moves this Court, under Local Rule 7.1(a)(3), to permit him to file a reply to the Government's Opposition to Defendant's Motion to Dismiss and for Further Discovery. As reason therefore, defendant states that the government's opposition contains substantial legal and factual matter that necessarily could not have been addressed in defendant's original Motion to Dismiss.

Defendant notes that his Reply was filed on last Friday, March 17, 2006. Defendant, through inadvertence, neglected to file the Reply with a request for leave to file as required by the local rule. Defendant respectfully moves that this belated leave to file be granted for the Reply already filed.

                                              SAMUEL J. LEWIS
                                              By his attorney,

                                              /s/ Timothy Watkins
                                              Timothy Watkins
                                              B.B.O. #567992
                                              Federal Defender Office
                                              408 Atlantic Ave., 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

     I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant U.S. Attorney B. Stephanie Siegmann, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 17, 2006

                                         /s/
                                         Timothy G. Watkins