UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 05-40001-FDS |
| ) | |
| SAMUEL J. LEWIS          ) | |

ASSENTED-TO MOTION TO TEMPORARILY
MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, Samuel Lewis, moves that the Court temporarily modify his conditions of pretrial release to allow him to attend a martial arts tournament with his son in Northfield, Massachusetts over the weekend of April 1, 2006.  Pretrial Services has no opposition to this request.  When originally released by then-Chief Magistrate Judge Charles B. Swartwood, III, however, defendant's travel was restricted to Worcester and Hampden Counties.  Northfield is in Franklin County and thus Court modification of the conditions of release is necessary before Pretrial Services may allow defendant to make this trip.

Both the government and Pretrial Services assent to this temporary modification.

SAMUEL LEWIS
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and the Pretrial Services Officer Vangie Cuascut by electronic mail, on March 30, 2006.

/s/ Timothy G. Watkins
Timothy G. Watkins