UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-40001-FDS |
| v. ) | |
| ) | |
| ) | |
| SAMUEL J. LEWIS, ) | |
| a/k/a SHAHEED LEWIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO AMEND INDICTMENT**

With the assent of the Defendant, the United States of America, by Michael J. Sullivan, United States Attorney, and B. Stephanie Siegmann, Assistant United States Attorney for the District of Massachusetts, hereby moves to amend Counts Three, Four, Six, and Seven of the Indictment. Through this motion, the government seeks to strike one of the two false statements alleged in each of these counts so that after amended each count would only allege one false statement in connection with the acquisition of a firearm. For instance, Count Three currently alleges that the defendant violated 18 U.S.C. § 922(a)(6) by representing to a licensed firearms dealer "that he was the actual buyer of a pistol, when he was not," and "that his residence address was 2 Fairlawn Drive, Worcester, MA 01602, when in fact it was not." The government seeks to strike the second misrepresentation regarding the defendant's residence address from this count.

The government seeks through this motion to charge the actual purchaser misrepresentations under 18 U.S.C. §922(a)(6) and charge the false residence misrepresentations under 18 U.S.C. §924(a)(1)(A). Filed herewith as an attachment to this motion is a copy of Counts Three, Four, Six, and Seven clearly identifying the language the government seeks to strike and thereby amend the Indictment.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                              By: /s/ B. Stephanie Siegmann
                                 B. STEPHANIE SIEGMANN
                                 Assistant U.S. Attorney

Dated: May 22, 2006

## Certificate of Service

    I do hereby certify that a copy of the foregoing motion was served upon Mr. Timothy Watkins by electronic notice on this 22nd day of May 2006.

                              /s/ B. Stephanie Siegmann
                              B. Stephanie Siegmann
                              Assistant U.S. Attorney

**COUNT THREE:**   (18 U.S.C. §922(a)(6)--**False Statement During Firearm Purchase**)

The Grand Jury charges that:

On or about August 9, 2002, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, an H & K, Model USP Compact, .45 ACP caliber pistol, bearing serial number 29-006531, from Sparky's Gun Shop, a licensed dealer, knowingly made a false and fictitious written statement, which statement was likely to deceive Sparky's Gun Shop as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearm, when in fact he was not~~, and that his residence address was 2 Fairlawn Drive, Worcester, MA 01602, when in fact it was not~~.

All in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

4

**COUNT FOUR:**   (18 U.S.C. §924(a)(1)(A)--**False Records in Firearm Transaction**)

The Grand Jury charges that:

On or about August 9, 2002, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, an H & K, Model USP Compact, .45 ACP caliber pistol, bearing serial number 29-006531, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated ~~that he was the actual buyer of the firearm, when in fact he was not, and~~ that his residence address was 2 Fairlawn Drive, Worcester, MA 01602, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

5

**COUNT SIX:**   (18 U.S.C. §922(a)(6)--**False Statement During Firearm Purchase**)

The Grand Jury charges that:

On or about January 21, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Bushmaster, Model XM15, .223 caliber rifle, bearing serial number BFI402246, from Sparky's Gun Shop, a licensed dealer, knowingly made a false and fictitious written statement, which statement was likely to deceive Sparky's Gun Shop as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearm, when in fact he was not~~, and that his residence address was 59 Evelyn Street, Worcester, MA 01609, when in fact it was not~~.

All in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

7

**COUNT SEVEN:**   (18 U.S.C. §924(a)(1)(A)--**False Records in Firearm Transaction**)

The Grand Jury charges that:

On or about January 21, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS, a/k/a SHAHEED LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Bushmaster, Model XM15, .223 caliber rifle, bearing serial number BFI402246, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated ~~that he was the actual buyer of the firearm, when in fact he was not, and~~ that his residence address was 59 Evelyn Street, Worcester, MA 01609, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

8