UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-40001-FDS |
| v. ) | |
| ) | |
| SAMUEL J. LEWIS, ) | |
| a/k/a SHAHEED LEWIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DISMISSAL OF COUNTS 1, 12, AND 15 OF THE INDICTMENT**

The United States of America, by Michael J. Sullivan, United States Attorney, and B. Stephanie Siegmann, Assistant United States Attorney for the District of Massachusetts, hereby dismisses Counts One, Twelve, and Fifteen of the Indictment. All three of these counts allege violations of 18 U.S.C. §922(a)(6) for making a false statement in connection with the acquisition of a firearm. More specifically, these counts allege that the defendant provided a false address to licensed firearms dealers on ATF Forms 4473.

In support of this dismissal, the government states that such dismissal will simplify the presentation of evidence at trial regarding these transactions as the defendant is also charged with violating 18 U.S.C. §924(a)(1)(A) with regards to

these same firearm purchases.

WHEREFORE, the United States moves for leave to dismiss Counts One, Twelve, and Fifteen of the Indictment.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By: /s/ B. Stephanie Siegmann
                                        B. STEPHANIE SIEGMANN
                                        Assistant U.S. Attorney

Dated: May 22, 2006

## Certificate of Service

I do hereby certify that a copy of the foregoing dismissal was served upon Mr. Timothy Watkins by electronic notice on this 22nd day of May 2006.

                              /s/ B. Stephanie Siegmann
                              B. Stephanie Siegmann
                              Assistant U.S. Attorney

Leave to file granted:

_____
F. DENNIS SAYLOR
United States District Judge

Date: _____