UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>SAMUEL J. LEWIS, )<br>)<br>Defendant. )<br>) | Criminal No.<br>05-40001-FDS |

## ORDER OF EXCLUDABLE DELAY

**SAYLOR, J.**

On December 20, 2005, defendant moved to dismiss the indictment in this matter and to undertake further discovery. A hearing on the motion was held March 23, 2006. The Court took the motion under advisement, and denied it by written order on May 11, 2006. The 30-day period from March 24 2006 through April 22, 2006, during which the matter was under advisement, is excludable under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(J).

At the status conference of May 22, 2006, the government requested that the additional period from April 23, 2006 through May 11, 2006 be excluded due to the complexity of the legal issues raised by the motion. Defense counsel assented to this request. The Court agrees that motion raised complex issues, and with defense counsel's assent, finds that the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A). The time will therefore be excluded.

The parties further agreed to exclude the time between the Order of May 11, 2006 and the May 22, 2006 status conference in order to allow counsel to prepare for trial and to accommodate their schedules, which include an upcoming family vacation for defense counsel and a multi-day

training program for the Assistant United States Attorney. Therefore, with the assent of the parties, and because the Court finds that the ends of justice served by granting this request outweigh the best interests of the public and the defendant in a speedy trial, the period of time from April 23, 2006 through May 22, 2006 shall be excludable under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: May 23, 2006