```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL NO. 05-40001-FDS
                              )
SAMUEL J. LEWIS               )
```

ASSENTED-TO MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, Samuel Lewis, moves that the Court modify the conditions of his pretrial release to eliminate the condition restricting his travel to Worcester and Hampden counties. Defendant's travel will continue to be restricted to the District of Massachusetts. Defendant has been on release since December, 2004 and has been completely compliant with all of his conditions of release. He has appeared in court when required. In light of his exemplary conduct while on release, defendant submits that the present travel restriction is unduly burdensome and serves no practical purpose either in insuring his continued appearance or in providing for the safety of any person in the community.

Pretrial services concurs with this motion. The government, by and through B. Stephanie Siegmann, assents to this motion.

```
                         SAMUEL LEWIS
                         By His Attorney,


                         /s/ Timothy Watkins
                         Timothy G. Watkins
                         Federal Defender Office
                         408 Atlantic Ave. 3rd Floor
                         Boston, MA  02110
                         Tel: 617-223-8061
```

<u>CERTIFICATE OF SERVICE</u>

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and to U.S.P.T.S. Officer Vangie Cuascut by electronic mail, on May 30, 2006.