UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL NO. 05-40001-FDS
                              )
SAMUEL J. LEWIS               )
```

ASSENTED-TO MOTION TO TEMPORARILY
MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, Samuel Lewis, moves that the Court temporarily modify his conditions of pretrial release to allow him to attend a Islamic educational seminar son in Somerset, New Jersey over the weekend of June 30, 2006. A copy of the seminar brochure is attached. The seminar is to take place at the Garden State Exhibit Center in Somerset; Lewis will be traveling and attending with his wife and four children. Pretrial Services has verified the seminar, and Lewis will submit lodging arrangements Lewis has made there which Pretrial Services will verify before allowing Lewis to make th trip. Lewis will report in person to Pretrial Services upon his return to the district.

Defendant's travel is presently restricted to the District of Massachusetts and thus Court modification of the conditions of release is necessary before Pretrial Services may allow defendant to make this trip.

Both the government and Pretrial Services assent to this temporary modification.

        SAMUEL LEWIS
        By His Attorney,


        /s/ Timothy Watkins
        Timothy G. Watkins
        Federal Defender Office
        408 Atlantic Ave. 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061


CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and the Pretrial Services Officer Vangie Cuascut by electronic mail, on June 12, 2006.

        /s/ Timothy G. Watkins
        Timothy G. Watkins

With The Name Of Allah The Most Merciful and The One Who Extends That Mercy To Others



# MASJID RAHMAH
597 Martin Luther King Bl. Newark, NJ 07103
Ph. 973.621.8833 Fax. 973.621.7977 Email. MasjidRahmah@hotmail.com

## GARDEN STATE EXHIBIT CENTER

50 ATRIUM DRIVE SOMERSET, NJ 08873

For Directions Go To (www.gsec.com)

### ACCOMMODATIONS

DOUBLETREE HOTEL & EXECUTIVE MEETING ROOM

200 ATRIUM DRIVE SOMERSET, NJ 08873

(TO VIEW HOTEL & ROOMS GO TO WWW.DOUBLETREESOMERSET.COM)

ROOMS: $85.00 PER NIGHT

(CALL 1.732.469.2600 - USE CODE "MASJID RAHMAH")

*WE ENCOURAGE HOTEL RESERVATION BEFORE JUNE 18, 2006

### SEMINAR REGISTRATION

$12.00 PER DAY - $40.00 (ENTIRE EVENT)

*CHILDREN UNDER 9YRS OLD (FREE)

*CHILDREN 10 TO 18 YEARS OLD (HALF PRICE)

### LIMITED VENDING - MUST CALL A.S.A.P.

$100.00 PER DAY - $300.00 (ENTIRE EVENT)

FOR VENDING CALL: ABU RUMAYSAH 973.760.6235 /

KHALIFAH RASUL 973.214.5218 / MASJID RAHMAH 973.621.8833

### DAY CARE SERVICES

CHILDREN 2 TO 9 YEARS OLD $3.00 PER CHILD (EACH DAY) /

$10.00 (ENTIRE EVENT)

