UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL J. LEWIS | ) | |

DEFENDANT'S LIST OF WITNESSES

Defendant, Samuel J. Lewis, hereby gives notice that he may, but not necessarily will, call the following witnesses at trial:

1. Keith Langer, Esq.
   255 Harvard Lane
   Wrentham MA 02093

2. Sean Lewis
   Sturbridge, MA

3. Derek O. Lewis
   Worcester, MA 01609

4. Sherriel Lewis
   59 Evelyn St.
   Worcester, MA 01609

5. Pamela Cortez-Lewis
   23 Mt. Vernon St.
   Worcester, MA 01609

6. Winfred Meadows-Marquez
   FDO Investigator
   Boston, MA

SAMUEL J. LEWIS
By His Attorney:

/s/ Timothy Watkins
Timothy Watkins
B.B.O. #567992
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 5, 2006.