UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL J. LEWIS | ) | |

<u>DEFENDANT'S TRIAL BRIEF RE: DEFENDANT'S RELIGIOUS AFFILIATION</u>

At the May 22, 2006 pretrial conference in this matter, the parties and the Court discussed whether and how to handle the issue of Lewis's membership in the Islamic church. The government has since indicated that it will not elicit testimony or otherwise refer to Lewis's religious affiliation in its case-in-chief. It will also redact the indictment to eliminate reference to the alias "Shaheed" Lewis and instruct its witnesses not to refer to that name or Lewis's religious affiliation.[1] Similarly, defendant does not believe Lewis's membership in the Islamic church is relevant to the charges at issue, does not intend to suggest improper religious discrimination motivation in investigating Lewis, and will assiduously avoid any reference to Lewis's religious affiliation during cross-examination or during

---

[1] The government has indicated that at least one recently-disclosed witness from the transitional housing programs to which Lewis and his wife Pamela Rivera turned to during the period has a specific recollection of the couple because of Pamela Rivera's traditional Islamic dress. The parties are confident that they will be able to minimize if not obviate such a reference during this or similar testimony. Both parties request the opportunity to revisit this issue in light of the developing evidence prior to the final Pretrial Conference scheduled for July 12, 2006.

defendant's case.

Given this posture, Lewis's affiliation with the Islamic church should not be mentioned during trial at all. Consequently, defendant does not believe voir dire questioning of jurors concerning juror attitudes to the Islamic church is necessary or appropriate.

SAMUEL LEWIS
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

   I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 5, 2006.