```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>    v. )<br>  )<br>  )<br>SAMUEL J. LEWIS, )<br>a/k/a SHAHEED LEWIS, )<br>  )<br>    Defendant. )<br>  )<br>  ) | CRIMINAL NO. 05-40001-FDS |

## GOVERNMENT'S WITNESS LIST

The United States of America, by Michael J. Sullivan, United States Attorney, and Assistant United States Attorney B. Stephanie Siegmann, hereby submits this Witness List in the above-captioned action. The government reserves the right to supplement, modify, or withdraw persons on this list.

1. Special Agent Michael Curran
   Bureau of Alcohol, Tobacco, Firearms and Explosives

2. Special Agent Debora Seifert
   Bureau of Alcohol, Tobacco, Firearms and Explosives

3. Special Agent Eric Kotchian
   Bureau of Alcohol, Tobacco, Firearms and Explosives

4. Shawn Griffith, Section Supervisor
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   Federal Firearms Licensing Center

5. Wayne Bettencourt
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   Special Intelligence Investigations

6. Trooper Michael Sampson
   Massachusetts State Police

7. Officer Michael Saco
   Worcester Police Department

8.  Special Agent Gene Westerlind,
    U.S. Department of Housing and Urban Development,
    Office of the Inspector General

9.  Banknorth
    Keeper of Records

10. Debra Spangler
    Catholic Charities
    Worcester, MA

11. Clarence Edgar Floyd
    Lunenberg, MA

12. Emanuel Development Corporation dba Emanuel Village
    Keeper of Records

13. Susan Merchant
    (formerly of Emanuel Development Corp. dba Emanuel Village)
    South Grafton, MA

14. Willistine Johnson
    (formerly of Emanuel Development Corp. dba Emanuel Village)
    Wilson, NC

15. The Gun Room of Shrewsbury, Inc.
    Keeper of Records
    Shrewsbury, MA

16. Jeffrey Patterson
    (formerly of The Gun Room of Shrewsbury, Inc.,
    Shrewsbury, MA)
    Bedford, MA

17. Internal Revenue Service
    Keeper of Records

18. Match Shot
    Keeper of Records
    Gardner, MA

19. Charlie Norris
    Match Shot
    Gardner, MA

20. Paul Adams
    Sparky's Gun Shop
    Webster, MA

21. Kevin Adams
    Sparky's Gun Shop
    Webster, MA

22. Verizon
    Keeper of Records

23. Village Gun Shop
    Keeper of Records
    Northboro, MA

24. Peter Dowd
    Village Gun Shop
    Northboro, MA

25. Wayne Almstrom
    Wayne's Weaponry
    West Boylston, MA

26. Izaida Gonzalez
    Worcester Housing Authority
    Transitional Housing Program

27. Elizabeth Santiago
    (formerly of Worcester Housing Authority, Transitional Housing Program)
    Roslindale, MA

28. Laurie Krushefsky
    (formerly of Worcester Housing Authority, Transitional Housing Program)
    Sturbridge, MA

29. Carlos Bohanon
    Dallas, TX

30. Irene Lafond
    Worcester, MA

31. Elizabeth Lyons
    Worcester, MA

32. Angela Mangrum
    Templeton, MA

33. Amparo Munoz
    Worcester, MA

34. Clarence Plant
    Worcester, MA

35. James Quill
    Worcester, MA

36. Felicita Rivera
    Worcester, MA

37. Sean Lewis
    Sturbridge, MA

Pursuant to Local Rule 117.1(A)(8)(a), if the government subsequently forms an intent to call any additional witnesses, the government shall promptly notify defense counsel of the proposed witness's identity and address.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ B. Stephanie Siegmann
    B. STEPHANIE SIEGMANN
    Assistant U.S. Attorney

Dated: July 5, 2006

## Certificate of Service

I do hereby certify that a copy of the foregoing witness list was served upon Mr. Timothy Watkins by electronic notice on this 5th day of July 2006.

/s/ B. Stephanie Siegmann
B. Stephanie Siegmann
Assistant U.S. Attorney