```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | CRIMINAL NO. 05-40001-FDS |
| v.   ) | |
| ) | |
| Samuel J. Lewis,   ) | |
| a/k/a SHAHEED LEWIS,   ) | |
| ) | |
| Defendant.   ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

The United States hereby requests that the Court ask the following questions on voir dire, in addition to its standard questions of the jury panel:

**Agencies Involved**

1. The law enforcement agency which investigated this case is the Bureau of Alcohol, Tobacco, Firearms, and Explosives, or ATF. Does anyone have any strong feelings -- either for or against-- this agency?

2. Have you or any of your relatives or close friends to your knowledge ever had unfavorable dealings with any agency of the United States government, including the United States Attorney's Office or the Bureau of Alcohol, Tobacco, Firearms, and Explosives, commonly referred to as ATF?

**CONNECTIONS TO CRIME**

3. Have you or any of your relatives or close friends been the victim of a crime or witness to a crime, including firearms related crimes?

4. Have you or any of your relatives or close friends been accused of committing a crime, including a firearms related offense?

5. Have you or any family member ever been prejudiced or labeled in a certain fashion because of your ethnic background, culture, sex, or religion?

6. Have you or any family member ever been victimized or wrongly targeted because of your ethnic background, culture, sex, or religion?

**Attitudes Regarding Firearms**

7. Does anyone disagree with the government's right to regulate the purchase, maintenance, and storage of firearms?

8. Has any member of the panel been cited for firearms violations?

The United States respectfully suggest that further inquiry be conducted at sidebar if answers to these questions so warrant.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ B. Stephanie Siegmann
> B. STEPHANIE SIEGMANN
> Assistant U.S. Attorney

Dated: July 5, 2006

<u>Certificate of Service</u>

    I do hereby certify that a copy of the foregoing proposed voir dire was served upon Mr. Timothy Watkins by electronic notice on this 5th day of July 2006.

                                  <u>/s/ B. Stephanie Siegmann</u>
                                  B. Stephanie Siegmann
                                  Assistant U.S. Attorney