UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-40001-FDS |
| ) | |
| SAMUEL J. LEWIS ) | |

<u>DEFENDANT'S CONSOLIDATED RESPONSE TO GOVERNMENT MOTIONS IN LIMINE</u>

The government has moved to preclude cross-examination of its witnesses concerning prior convictions and, in the case of one of the Federal Firearms Licensees it intends to call, preclude defendant from eliciting a statement made to investigators. Defendant submits that resolution of either issue is neither required nor appropriate at the pretrial conference.

As to precluding questioning of two witnesses previously convicted of welfare fraud and larceny, defendant notes that he was only recently apprised of the specific witnesses that the government intended to call and that these witnesses had criminal records. Defendant is aware that because all of the convictions are beyond ten-year limit, he is required to give notice advance notice of intent to use them. <u>See</u> Fed. R. Evid. 609(b). Defendant is presently reviewing the likely testimony of the witnesses at issue and will give the advance notice required if and when he forms an intent to introduce the prior convictions. Defendant therefore submits that resolution of the issue is premature.

As to Clarence Floyd's (and perhaps other FFL's) testimony concerning his view of Lewis's attempts to comply with ATF regulations, defendant submits that a reasoned ruling is impossible in the abstract and should await fuller understanding with the context of the testimony given.

Defendant therefore respectfully requests that the Court defer ruling on either of the government's motions pending further developments in the case and at trial.

>                    SAMUEL LEWIS
>                    By His Attorney,
>
>
>                    /s/ Timothy Watkins
>                    Timothy G. Watkins
>                    Federal Defender Office
>                    408 Atlantic Ave. 3rd Floor
>                    Boston, MA  02110
>                    Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 10, 2006.