```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )       CRIMINAL NO. 05-40001-FDS
     v.                         )
                                )
                                )
SAMUEL J. LEWIS,                )
a/k/a SHAHEED LEWIS,            )
                                )
          Defendant.            )
                                )
                                )
```

**GOVERNMENT'S AMENDED EXHIBIT LIST**

The United States of America, by Michael J. Sullivan, United States Attorney, and Assistant United States Attorney B. Stephanie Siegmann and David Hennessy, hereby submits this Exhibit List in the above-captioned action. The government reserves the right to supplement, modify, or withdraw items from this list.

1a. Stipulation re Certifications of Federal Firearms Dealers Licenses

1. Certification of Federal Firearms Dealer License for Village Gun Shop Incorporated d/b/a Village Gun Shop, Northboro, MA;

2. Certification of Federal Firearms Dealer License for Paul J. Adams d/b/a Sparky's Gun Shop, Webster, MA;

3. Certification of Federal Firearms Dealer License for Robert John Maki and Charles Benjamin Norris d/b/a Match Shot, Gardner, MA;

4. Certification of Federal Firearms Dealer License for Clarence Edgar Floyd, Lunenburg, MA;

5. Certification of Federal Firearms Dealer License for Wayne Steven Almstrom d/b/a Wayne's Weaponry, West Boylston, MA;

1

6.  Certification of Federal Firearms Dealer License for Gun Room of Shrewsbury, Incorporated, Shrewsbury, MA;

7.  Blank ATF Form 4473;

8.  ATF Form 4473 dated August 1, 2002;

9.  Glock pistol, model 27, .40 caliber, serial #BXD510US;

9a. Village Gun Shop receipt for Glock pistol;

10. ATF Form 4473 dated March 5, 2003;

11. IZH rifle, model Tiger, 7.62 x 54 caliber, serial #36621;

11a. Village Gun Shop receipt for IZH rifle;

12. Massachusetts Quitclaim Deed re 2 Fairlawn Drive, Worcester, MA dated January 1, 2002;

13. Lease for 2 Fairlawn Drive between Bohanon and Lewis;

14. Catholic Charities/Homeward Bound Program Participant Contract for Pamela and Samuel Lewis;

15. Documents from Catholic Charities file for Samuel Lewis and Pamela Cortez:

   15a. Goal Sheet signed by Samuel Lewis and Pamela Cortez;

   15b. Letter to Samuel Lewis and Pamela Cortez from Glenda Daou of Worcester Housing Authority, Transitional Housing Program dated September 10, 2002;

   15c. Summary Sheet.

16. Worcester Housing Authority ("WHA") Application for Public and Leased Housing for Samuel Lewis and Pamela Cortez dated August 19, 2002;

16a. Copy of Driver's License, Student Identification Card, and Social Security Number Card for Samuel Lewis;

16b. General Authorization for Release of Information signed by Samuel Lewis;

16c. Authorization for Release of Information signed by Samuel Lewis;

17. WHA Participation Agreement for Samuel Lewis and Pamela Cortez for apartment located at 236 Constitution Avenue, Worcester, MA dated October 3, 2002 and exhibits thereto;

18. Documents from WHA Transitional Assistance Program file:

    18a. WHA Transitional Housing Program Emergency Assistance Eligibility Form signed by Lewis;

    18b. Transitional Housing Program Confidentiality Form signed by Lewis;

    18c. Authorization to Obtain and Release Information Form signed by Lewis;

    18d. Orientation Form;

    18e. Progress notes of E. Santiago dated October-November 2002;

    18f. Progress report of 12/02;

    18g. Progress report of 1/03;

    18h. Progress report of 2/03;

    18i. Letter to Internal Revenue Service signed by THP case manager;

    18j. Progress notes of L. Krushefsky dated March-May 2003;

    18k. THP Tuition payment and receipt for Samuel Lewis;

    18l. Letter to Samuel Lewis and Pamela Cortez re graduation from program dated July 15, 2003;

    18m. Letter to WHA Admissions director re Samuel Lewis and Pamela Cortez re rental of 236 Constitution Ave., Worcester;

19. WHA Application for Public and Leased Housing for Samuel Lewis and Pamela Cortez dated August 25, 2003;

19a. General Authorization for Release of Information signed by Samuel Lewis in August 2003;

19b. Authorization for Release of Information signed by Samuel Lewis in August 2003;

20. WHA File for Samuel Lewis and Pamela Cortez (to be produced pursuant to trial subpoena);

21. Certified copy of Form 1040 U.S. Individual Income Tax Return for Samuel Lewis and Pamela Cortez for the tax period ending December 31, 2002 and its attachments;

22. ATF Form 4473 dated August 9, 2002;

23. H&K pistol, model USP Compact, .45 ACP caliber, serial #29-006531;

24. Sparky's receipt for H&K pistol dated August 9, 2002;

25. ATF Form 4473 dated November 30, 2002;

26. Glock pistol, model 17, 9mm caliber, serial #ADD061;

27. ATF Form 4473 dated January 21, 2003;

28. Bushmaster rifle, model XM15, .223 caliber, serial #BFI402246;

29. Sparky's receipt for Bushmaster rifle;

30. ATF Form 4473 dated February 14, 2003;

31. Dan Wesson pistol, model Point Man, .45 caliber, serial #HC00119;

32. ATF Form 4473 dated July 1, 2003;

33. Sig Sauer pistol, model 226, .40 caliber, serial #U638414;

33a. Sparky's receipt for Sig Sauer;

34. Sparky's Gun Shop Summary of Firearm Transactions;

35. Banknorth records of withdrawals for account of Clarence Plant and Angela Plant for time period of July 2002-January 2003;

36. Photograph of 59 Evelyn Street, Worcester, MA;

37. U.S. Department of Housing and Urban Development ("HUD") Lease for Sherriel Davenport at Apt. 309, 59 Evelyn Street, Worcester, MA for period July 2001-June 2002;

38. HUD lease for Sherriel Davenport at Apt. 503, 59 Evelyn Street, Worcester, MA for period November 2001-June 2002;

39. Owner's Certificate of Compliance with HUD's Tenant Eligibility and Rent Procedure dated November 11, 2001;

40. Documents maintained in Sherriel Davenport (now Lewis) HUD file:

    40a. Letter from Sherriel Davenport to Willistine Johnson re permission for Samuel Lewis and his family to visit for two weeks dated January 1, 2002;

    40b. Letter from Willistine Johnson to Sherriel Davenport re visitors dated March 25, 2002;

    40c. Lease amendment dated May 22, 2002;

    40d. Lease amendment dated May 22, 2003; and

    40e. Letter from Willistine Johnson to Sherriel Lewis re visitors dated September 4, 2003;

41. ATF Form 4473 dated March 21, 2003;

42. Smith & Wesson revolver, model 19, .357 caliber, serial #14K5390;

42a. Match Shot Receipt for Smith & Wesson revolver;

43. ATF Form 4473 dated April 22, 2003;

44. Glock pistol, model 23, .40 caliber, serial #AMF968US;

44a. Match Shot receipt for Glock pistol;

45. ATF Form 4473 dated July 8, 2003;

46. Sig Sauer pistol, model P228, 9mm caliber, serial #B118556;

47. Norinco rifle, model MAK 90, caliber 7.62 x 39, serial #94115827;

47a. Match Shot receipt for Sig Sauer pistol and Norinco rifle;

48. ATF Form 4473 dated August 19, 2003;

49. Colt pistol, model 1991A1, .45 caliber, serial #2737038;

49a. Receipt for Colt pistol;

50. Match Shot Summary of Firearm Transactions;

51. Application for Firearms License signed by Samuel Lewis dated November 26, 1999;

52. License to Carry Firearms issued to Samuel Lewis on February 9, 2000;

53. Change of Address Notification for License to Carry Firearms for Samuel Lewis received November 15, 2002;

54. Application for Renewal Firearms License signed by Samuel Lewis dated February 25, 2003;

55. License to Carry Firearms issued to Samuel Lewis on April 18, 2003;

56. Change of Address Notification for License to Carry Firearms for Samuel Lewis received September 30, 2003;

57. ATF Form 4473 dated May 13, 2003;

58. Mossberg short-barreled shotgun, model 51683, 12 gauge caliber, serial #P997733;

59. Clarence Edgar Floyd's data sheet completed by Samuel Lewis for purchase of Mossberg;

60. ATF Form 4 dated November 14, 2002;

61. Letter from Samuel Lewis to Clarence Floyd re "renewed LTC";

62. Verizon telephone records for Samuel Lewis, 236 Constitution Ave., Worcester, MA for October 2002-August 2003;

63. Verizon telephone records for Sherriel Lewis, 59 Evelyn Street, Worcester, MA for September 2002-September 2003;

64. ATF Form 4473 dated August 28, 2003;

65. Smith & Wesson pistol, model 4013TSW, .40 S & W caliber, serial #VJE8708;

66. Wayne's Weaponry receipt for Smith & Wesson pistol;

67. ATF Form 4473 dated September 9, 2003;

68. Romarm rifle, model SAR-1, 7.62 x 39 caliber, serial #SI8372202;

69. Wayne's Weaponry receipt for Romarm rifle;

70. ATF Form 4473 dated September 17, 2003; and

71. Beretta pistol, model 96, .40 caliber S & W caliber, serial #BER079921;

72. Gun Room Receipt for Beretta pistol; and

73. Clarence Plant Application for Massachusetts License to Carry.

Pursuant to Local Rule 117.1(A)(8)(b), if the government subsequently forms an intent to introduce any other piece of evidence, the government shall promptly identify such evidence for defense counsel.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                               By: /s/ B. Stephanie Siegmann
                                   B. STEPHANIE SIEGMANN
                                   DAVID HENNESSY
                                   Assistant U.S. Attorneys

Dated: July 18, 2006

## Certificate of Service

I do hereby certify that a copy of the foregoing amended exhibit list was served upon Mr. Watkins by electronic notice on this 18th day of July 2006.

                                  /s/ B. Stephanie Siegmann
                                  B. Stephanie Siegmann
                                  Assistant U.S. Attorney