UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                  )<br>)<br>)<br>SAMUEL J. LEWIS,            )<br>a/k/a SHAHEED LEWIS,       )<br>)<br>       Defendant.           )<br>)<br>) | CRIMINAL NO. 05-40001-FDS |

**AMENDED INDICTMENT FOR PRESENTATION TO JURY**

With the assent of the Defendant, the United States of America, by Michael J. Sullivan, United States Attorney, and B. Stephanie Siegmann, Assistant United States Attorney for the District of Massachusetts, hereby provides a copy of the Indictment reflecting all of the amendments and deletions for use at trial. For the convenience of the Court and the parties and to avoid any confusion on the part of the jury, the counts of the indictment have been renumbered and the dismissed counts have been removed. Additionally, with the assent of the defendant, a typographical error in Count four was fixed.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                    By: /s/ B. Stephanie Siegmann
                                        B. STEPHANIE SIEGMANN
                                        Assistant U.S. Attorney

Dated: July 22, 2006

Certificate of Service

    I do hereby certify that a copy of the foregoing document was served upon Mr. Timothy Watkins by electronic notice on this 22nd day of July 2006.

                                    /s/ B. Stephanie Siegmann
                                    B. Stephanie Siegmann
                                    Assistant U.S. Attorney

```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )    CRIMINAL NO.
                              )    VIOLATIONS:
          v.                  )    18 U.S.C. §922(a)(6)
                              )    (False Statement During
SAMUEL J. LEWIS,              )    Firearm Purchase);
                              )    18 U.S.C. §924(a)(1)(A)
                              )    (False Records in Firearm
          Defendant.          )    Transactions)
```

**INDICTMENT**

**COUNT ONE:** **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about August 1, 2002, at Northboro, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Glock, Model 27, .40 caliber pistol, bearing serial number BXD510US, from Village Gun Shop, Inc., knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Village Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record in which he stated that his residence address was 2 Fairlawn Drive, Worcester, MA 01602, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT TWO:**   (18 U.S.C. §922(a)(6)--False Statement During
                Firearm Purchase)

The Grand Jury charges that:

On or about August 9, 2002, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, an H & K, Model USP Compact, .45 ACP caliber pistol, bearing serial number 29-006531, from Sparky's Gun Shop, a licensed dealer, knowingly made a false and fictitious written statement, which statement was likely to deceive Sparky's Gun Shop as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearm, when in fact he was not.

All in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

**COUNT THREE:**   (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about August 9, 2002, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, an H & K, Model USP Compact, .45 ACP caliber pistol, bearing serial number 29-006531, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 2 Fairlawn Drive, Worcester, MA 01602, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT FOUR:**  (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about November 30, 2002, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Glock, Model 17, 9mm caliber pistol, bearing serial number ADD061, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT FIVE**:  (18 U.S.C. §922(a)(6)--False Statement During Firearm Purchase)

The Grand Jury charges that:

On or about January 21, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Bushmaster, Model XM15, .223 caliber rifle, bearing serial number BFI402246, from Sparky's Gun Shop, a licensed dealer, knowingly made a false and fictitious written statement, which statement was likely to deceive Sparky's Gun Shop as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearm, when in fact he was not.

All in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

**COUNT SIX:**  (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about January 21, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Bushmaster, Model XM15, .223 caliber rifle, bearing serial number BFI402246, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01609, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT SEVEN:** (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about February 14, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Dan Wesson, Model Point Man, .45 caliber pistol, bearing serial number HC00119, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT EIGHT:** (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about March 5, 2003, at Northboro, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, an IZH Model Tiger, 7.62 x 54 caliber rifle, bearing serial number 36621, from Village Gun Shop, Inc., knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Village Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT NINE:**   (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about March 31, 2003, at Gardner, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Smith and Wesson, Model 19, .357 caliber revolver, bearing serial number 14K5390, from Match Shot, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Match Shot, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT TEN:** **(18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)**

The Grand Jury charges that:

On or about April 22, 2003, at Gardner, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Glock, Model 23, .40 caliber pistol, bearing serial number AMF968US, from Match Shot, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Match Shot, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01602, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT ELEVEN:** (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about May 13, 2003, at Lunenberg, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Mossberg, Model 51683, short barreled 12 gauge shotgun, bearing serial number P997733, from Clarence Edgar Floyd, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Clarence Edgar Floyd, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT TWELVE:**   (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about July 1, 2003, at Webster, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Sig Sauer, Model 226, .40 caliber pistol, bearing serial number U638414, from Sparky's Gun Shop, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT THIRTEEN:**   (18 U.S.C. §924(a)(1)(A)--False Records in
                      Firearm Transaction)

The Grand Jury charges that:

On or about July 8, 2003, at Gardner, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Sig Sauer, Model P228, 9mm caliber pistol, bearing serial number B118556, and a Norinco, Model Mak 90, 7.62 x 39 caliber rifle, bearing serial number 94115827 from Match Shot, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sparky's Gun Shop, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT FOURTEEN:** (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about August 19, 2003, at Gardner, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Colt, Model 1991A1, .45 caliber pistol, bearing serial number 2737038, from Match Shot, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Match Shot, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT FIFTEEN:** (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about August 28, 2003, at West Boylston, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Smith and Wesson, Model 4013TSW, .40 S & W caliber pistol, bearing serial number VJE8708, from Wayne's Weaponry, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Wayne's Weaponry, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT SIXTEEN:**   (18 U.S.C. §924(a)(1)(A)--False Records in
                    Firearm Transaction)

The Grand Jury charges that:

On or about September 9, 2003, at West Boylston, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a C.N. Romarm, Model SAR-1, 7.62 x 39 caliber rifle, bearing serial number SI-83722-03, from Wayne's Weaponry, knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Wayne's Weaponry, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT SEVENTEEN:** (18 U.S.C. §924(a)(1)(A)--False Records in Firearm Transaction)

The Grand Jury charges that:

On or about September 17, 2003, at Shrewsbury, in the District of Massachusetts,

SAMUEL J. LEWIS,

defendant herein, in connection with his acquisition of a firearm, namely, a Beretta, Model 96, .40 S & W caliber pistol, bearing serial number BER 079921, from The Gun Room of Shrewsbury, Inc., knowingly made a false statement and representation with respect to information required by provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of The Gun Room of Shrewsbury, Inc., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, in which he stated that his residence address was 59 Evelyn Street, Worcester, MA 01607, when in fact it was not.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).