UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL J. LEWIS | ) | |

DEFENDANT'S EXHIBIT LIST

Defendant intends to introduce the following items into evidence:

1. Blank ATF Form 4473, current version dated July, 2005;

2. You, Inc. Documents

   2a. Immigration and Naturalization Form I-9 completed by defendant;

   2b. IRS Form W-4 dated 8/4/03 completed by defendant;

   2c. IRS Form W-4 dated 10/30/03 completed by defendant;

   2d. Consent for Criminal Records Check for Prospective Employees completed by defendant;

3. Curio and Relics License issued to defendant;

4. Large Gun Safe;

5. Small Gun Safe;

6. Gun Trigger Locks;

7. Gun Cable Locks.

If defendant forms an intent to introduce any other item into evidence in its case, defendant will promptly notify the government.

SAMUEL LEWIS
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061


CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 23, 2006.