UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL NO. 05-40001-FDS
                              )
SAMUEL J. LEWIS               )
```

DEFENDANT'S REQUEST FOR LIMITING INSTRUCTION RE:
INTRODUCTION OF WEAPONS AS EXHIBITS

Defendant has moved separately in limine to preclude the government from introducing the actual guns purchased by Lewis into evidence during trial. The Court has denied that motion without prejudice in light of developments at trial. Defendant requests that if the Court allows the actual guns to be introduced at trial, it read the following instruction both prior to the introduction and in its instructions to the jury at the end of the case:

> The government [is about to introduce] [has introduced] into evidence the guns sold to Mr. Lewis. Local, state, and federal law, as well as the United States Constitution, permit the sale and possession of these guns, and it is perfectly legal for such guns to be purchased. I instruct you that you are not to draw any negative inference from the appearance of the guns themselves and you are prohibited from convicting Mr. Lewis merely because you question whether such guns should be purchased or possessed by him or anyone else.

SAMUEL LEWIS
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061


CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 23, 2006.