UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL NO. 05-40001-FDS
                              )
SAMUEL J. LEWIS               )
```

<u>LIMITING INSTRUCTION RE: DEFENDANT'S FINANCIAL SITUATION</u>

Defendant has moved that the government be precluded from eliciting testimony, introducing evidence, and arguing during its closing any inference concerning defendant's financial situation during the period at issue as it relates to his ability to buy the weapons at issue in the indictment.  The Court has indicated it will allow testimony over defendant's objection.  Defendant requests that if the Court allows testimony about Lewis's finances to be introduced at trial, it read the following instruction prior to the testimony:

> The government is beginning a line of questions concerning Mr. Lewis's finances and living situation at time of the gun purchases.  Purchasing guns when one has limited financial means is not illegal; a person may spend his money as he chooses.  You may not consider the fact that he was in financial difficulty at the time as evidence that he committed the offenses charged.  I am allowing the government to introduce evidence of Mr. Lewis's finances for the sole purpose of deciding whether Mr. Lewis had a motive to falsify his residence address.
>
> Remember, this is the only purpose for which you may consider evidence of Mr. Lewis's finances.  If you find that protecting information about his finances was not a motive to falsify documents, that it is the end of it and you may not use the evidence of his finances at all.  Even if you find that Mr. Lewis may not have been

forthcoming to others about his finances, this is not to be considered as evidence of character to support an inference that Mr. Lewis committed the acts charged in this case.

                                              SAMUEL LEWIS
                                              By His Attorney,


                                              /s/ Timothy Watkins
                                              Timothy G. Watkins
                                              Federal Defender Office
                                              408 Atlantic Ave. 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061


## CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 25, 2006.