UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 05-40001-FDS |
| ) | |
| SAMUEL J. LEWIS   ) | |

<u>LIMITING INSTRUCTION RE: ALLEGED VIOLATION OF PROGRAM RULES</u>

Defendant has moved that the government be precluded from eliciting testimony, introducing evidence, and arguing during its closing that defendant allegedly violated the Worcester Housing Authority Transitional Housing Program rules. The Court has indicated it will allow testimony over defendant's objection. Defendant requests that if the Court allows testimony about alleged violation of the rules to be introduced at trial, it read the following instruction prior to the testimony:

> The government is beginning a line of questions concerning the Transitional Housing Program rules regarding budgeting and disclosure of finances. You may not consider the fact that he might have violated the program's rules as evidence that he committed the offenses charged. I am allowing the government to introduce evidence of the alleged violations for the sole purpose of deciding whether Mr. Lewis had a motive to falsify his residence address.
>
> Remember, this is the only purpose for which you may consider evidence of these violations. If you find that Mr. Lewis did not knowingly violate the rules by failing to disclose his gun purchases, that is the end of it and you may not consider the evidence at all. Even if you find that Mr. Lewis violated the rules by making the purchases, you must still determine whether that violation supports a motive to falsify his residence address. What you may not do is consider the violation as evidence of character to support an

inference that Mr. Lewis committed the acts charged in this case.

                                      SAMUEL LEWIS
                                      By His Attorney,

                                      /s/ Timothy Watkins
                                      Timothy G. Watkins
                                      Federal Defender Office
                                      408 Atlantic Ave. 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061

## CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 25, 2006.