

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

3b

---

*Main Reception: (508) 368-0100*
*Facsimile:      (508) 756-7120*

*Federal Building & Courthouse*
*595 Main Street, Suite 206*
*Worcester, Massachusetts 01608*

July 18, 2006

<u>BY FACSIMILE TO 617 223-8080 AND FEDERAL EXPRESS</u>
Timothy G. Watkins
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110

      Re:    <u>United States v. Samuel Lewis</u>
               <u>Criminal Docket No. 05-40001-FDS</u>

Dear Mr. Watkins:

      This responds to your letter of July 17, 2006 requesting discovery, and provides you with additional materials in connection with the above-referenced case. In your letter you request all documents, correspondence, email messages in the possession of ATF or other government agencies concerning the Residence Address question on Form 4473. You take the view that such documents are exculpatory.

      While we do not agree with your view that such documents are exculpatory, we have endeavored to locate documents in our custody and control that may arguably be responsive to your request. We enclose a three-page ATF ruling regarding ATF regulations for establishing current residence address and other information on Form 4473. If we locate any other documents that arguably fall within the scope of your request, we will produce them promptly.

      Your letter also requests information from the personnel files of law enforcement officers whom the government expects to call during its case-in-chief. We are awaiting a response from ATF for any information responsive to your request regarding those agents. As to Police Officer Michael Saco, HUD agent Gene Westerlind and Trooper Michael Sampson, there is no information responsive to your request. You have been provided with the criminal record for Trooper Sampson.

      **Stipulations**

      Enclosed are four proposed stipulations that would avoid the need to call document