

*U.S. Department of Justice*

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (508) 368-0100*  *Federal Building & Courthouse*
*Facsimile:         (508) 756-7120*  *595 Main Street, Suite 206*
                                      *Worcester, Massachusetts 01608*

July 26, 2006

BY HAND
Timothy G. Watkins
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110

      Re:    United States v. Samuel Lewis
              Criminal Docket No. 05-40001-FDS

Dear Mr. Watkins:

    This letter provides you with additional information in connection with the above-captioned case. Enclosed are photocopies of two forms (three pages in total) we obtained yesterday from the U.S. Marshal Service. These contain pedigree information defendant provided following his arrest.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                      By:    /s/ David Hennessy
                              David Hennessy
                              Assistant U.S. Attorney

Enclosures

cc:    Martin Castles (w/o enclosures)
        Clerk to Honorable F. Dennis Saylor, IV