

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (508) 368-0100
Facsimile:      (508) 756-7120

Federal Building & Courthouse
595 Main Street, Suite 206
Worcester, Massachusetts 01608

July 21, 2006

BY FACSIMILE TO 617 223-8080
Timothy G. Watkins
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110

        Re:    United States v. Samuel Lewis
              Criminal Docket No. 05-40001-FDS

Dear Mr. Watkins:

       This letter provides you with additional information in connection with the above-captioned case. First, we have received a response from ATF; there is no impeachment information in the personnel files of the employees of ATF whom the government will call during its case-in-chief.

       Second, we enclose Jencks material for Investigator Bettencourt. He reviewed a portion of the Federal Firearms Regulations Reference Guide; it is enclosed. Also enclosed are three emails Bettencourt sent recently which touch on the subject of his trial testimony.

       Thirdly, we advised you that we would provide you with an estimate of the net costs of firearms purchased by Mr. Lewis. Enclosed is a chart prepared by Agent Curran. As we also advised you, we do not intend to enlarge the chart or publish it to the jury.

       Enclosed also are eight pages of documentation Plant submitted in connection with his permit application.

July 21, 2006
Page 2

Lastly, we enclose copies of trial exhibits that were not included in the package you received yesterday.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

By: *[signature]*
                David Hennessy
                Assistant U.S. Attorney

Enclosures

cc:    Martin Castles (w/o enclosures)
       Clerk to Honorable F. Dennis Saylor, IV