AO 187A (REV. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | USA vs. Lewis | | | CASE NO. 05-40001 |
| 51 | | 7/25/06 | ✓ | ✓ | Application for firearm License 11/26/99 |
| 52 | | " | ✓ | ✓ | License to carry Firearm 2/9/00 |
| 53 | | " | ✓ | ✓ | Change of Address form 11/15/02 |
| 54 | | " | ✓ | ✓ | Application for Renewal 2/25/03 |
| 55 | | " | ✓ | ✓ | License to carry Firearm 4/28/03 |
| 56 | | " | ✓ | ✓ | Change of Address form 9/29/03 |
| 73 | | " | ✓ | ✓ | Application for firearm, MA, Clarence Plant |
| 60 | | " | ✓ | ✓ | ATF Form 4 11/19/02 |
| 1 | | " | ✓ | ✓ | Certification of Federal Firearms Dealer License |
| 2 | | " | ✓ | ✓ | " " " " " " |
| 3 | | " | ✓ | ✓ | " " " " " " |
| 4 | | " | ✓ | ✓ | " " " " " " |
| 5 | | " | ✓ | ✓ | " " " " " " |
| 6 | | " | ✓ | ✓ | " " " " " " |
| 7 | | " | ✓ | ✓ | Blank ATF form 4473 |
| 8 | | " | ✓ | ✓ | ATF form 4473 6/1/02 |
| 10 | | " | ✓ | ✓ | ATF form 4473 3/5/03 |
| 9 | | " | ✓ | ✓ | Glock Pistol |
| 9A | | " | ✓ | ✓ | Village Gunshop receipt |
| 11 | | " | ✓ | ✓ | IZH rifle |
| 75 | | " | ✓ | ✓ | Current ATF form 4473 |
| 12 | | " | ✓ | ✓ | MA Quitclaim Deed 2 Fairlawn Drive 1/1/02 |
| 14 | | " | ✓ | ✓ | Catholic Charities Participant Contract |
| 16 | | 7/26/06 | ✓ | ✓ | Worcester Housing Authority Application |
| 16A | | " | ✓ | ✓ | Copy of Price's License, Student ID |
| 16B | | " | ✓ | ✓ | Authorization for Release of Info |
| 16C | | " | ✓ | ✓ | " " " " " |

AO 187A (REV. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | vs. | Lewis | | CASE NO. 05-40001 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17 | | 7/26/06 | ✓ | ✓ | WHA Participation Agreement |
| 18 | A | " | ✓ | ✓ | WHA Emergency Assistance Form |
| 18 | B | " | ✓ | ✓ | Confidentiality Form |
| 18 | C | " | ✓ | ✓ | Authorization to obtain & Release Info Form |
| 18 | D | " | ✓ | ✓ | Orientation Form |
| 74 | A | " | ✓ | ✓ | Photographs of 276 Constitution Ave |
| 74 | B | " | ✓ | ✓ | " " " " " |
| 74 | C | " | ✓ | ✓ | " " " " " |
| 18 | K | " | ✓ | ✓ | THP tuition payment + receipt |
| 18 | L | " | ✓ | ✓ | Graduation letter |
| 18 | M | " | ✓ | ✓ | Letter to WHA Admissions director |
| 76 | | " | ✓ | ✓ | WHA ISP |
| 19 | | " | ✓ | ✓ | WHA Application for Public Housing |
| 19 | A | " | ✓ | ✓ | Authorization for Release of Info |
| 19 | B | " | ✓ | ✓ | " " " " " |
| 20 | | " | ✓ | ✓ | Tenant's notice of Intent to vacate |
| 21 | A | " | ✓ | ✓ | IRS e-file Signature (Form 8879) |
| 21 | | " | ✓ | ✓ | Certified copy of form 1040 2002 |
| 36 | A | " | ✓ | ✓ | Photograph of 59 Evelyn Street |
| 37 | | " | ✓ | ✓ | HUD Lease for Sherriel Davenport |
| 38 | | " | ✓ | ✓ | " " " " " |
| 40 | A | " | ✓ | ✓ | Letter dated 1/1/02 of Sherriel Davenport |
| 36 | B | " | ✓ | ✓ | Photograph of inside of 59 Evelyn Street |
| 40 | B | " | ✓ | ✓ | Letter dated 3/25/02 of Willistine Johnson |
| 40 | C | " | ✓ | ✓ | Lease Amendment dated 5/30/02 |
| 40 | D | " | ✓ | ✓ | " " " 5/22/03 |
| 22 | | 7/27/06 | ✓ | ✓ | ATF Form 4473 dated 8/9/02 |

Page 2 of 4 Pages

AO 187A (REV. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | USA | vs. | Lewis | CASE NO. 05-40001 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 7/27/06 | ✓ | ✓ | H+K pistol model USP Compact |
| 24 | | " | ✓ | ✓ | Sparky's receipt for H+K Pistol 8/9/02 |
| 25 | | " | ✓ | ✓ | ATF Form 4473 dated 11/30/02 |
| 26 | | " | ✓ | ✓ | Glock Pistol, model 17 |
| 27 | | " | ✓ | ✓ | ATF Form 4473 dated 1/21/03 |
| 28 | | " | ✓ | ✓ | Bushmaster rifle model XM15 |
| 29 | | " | ✓ | ✓ | Sparky's receipt for Bushmaster |
| 30 | | " | ✓ | ✓ | ATF Form 4473 dated 2/19/03 |
| 31 | | " | ✓ | ✓ | Dan Wesson Pistol |
| 32 | | " | ✓ | ✓ | ATF Form 4473 dated 7/1/03 |
| 33 | | " | ✓ | ✓ | Sig Sauer Pistol |
| 33A | | " | ✓ | ✓ | Sparky's receipt for Sig Sauer |
| 35 | | " | ✓ | ✓ | Bankwell records of Clarence Plant |
| 77 | | " | ✓ | ✓ | Firearm Transaction form |
| 64 | | " | ✓ | ✓ | ATF form 4473 dated 8/28/03 |
| 65 | | " | ✓ | ✓ | Smith + Wesson Pistol |
| 66 | | " | ✓ | ✓ | Wayne's Weaponry receipt for Smith+Wesson |
| 67 | | " | ✓ | ✓ | ATF form 4473 dated 9/9/03 |
| 68 | | " | ✓ | ✓ | Romarm rifle model SAR-1 |
| 69 | | " | ✓ | ✓ | Wayne's Weaponry receipt for Romarm rifle |
| 41 | | " | ✓ | ✓ | ATF Form 4473 dated 3/21/03 |
| 42 | | " | ✓ | ✓ | Smith + Wesson revolver |
| 42A | | " | ✓ | ✓ | Match Shot receipt for Smith + Wesson |
| 43 | | " | ✓ | ✓ | ATF Form 4473 dated 4/22/03 |
| 44 | | " | ✓ | ✓ | Glock Pistol |
| 44A | | " | ✓ | ✓ | Match Shot receipt for Glock |
| 45 | | " | ✓ | ✓ | ATF form 7/8/03 |

Page 3 of 4 Pages

USA vs. Lewis    CASE NO. 05-40001

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 46 | | 7/27/06 | ✓ | ✓ | Sig Sauer Pistol |
| 47 | | " | ✓ | ✓ | Norinco rifle |
| 47A | | " | ✓ | ✓ | match shot receipt for sig sauer + norinco |
| 48 | | " | ✓ | ✓ | ATF form 4473 dated 8/19/03 |
| 49 | | " | ✓ | ✓ | Colt Pistol |
| 50 | | " | ✓ | ✓ | match shot receipt for colt Pistol |
| 18F | | 7/28/06 | ✓ | ✓ | Progress report 12/02 |
| 18H | | " | ✓ | ✓ | "       "    2/03 |
| 62 | | " | ✓ | ✓ | Verizon telephone records for Samuel Lewis 10/02-8/03 |
| 63 | | " | ✓ | ✓ | "       "       "       "   Sherriel Lewis 9/02-9/03 |
| 59 | | " | ✓ | ✓ | Clarence Floyd's data sheet |
| | A ID | " | ✓ | | |
| 61 | | " | ✓ | ✓ | Letter of Samuel Lewis to Clarence Floyd |
| 57 | | " | ✓ | ✓ | ATF Form 4473 dated 5/13/03 |
| 58 | | " | ✓ | ✓ | Mossberg shotgun |
| | B ID | " | ✓ | | |
| 70 | | " | ✓ | ✓ | ATF Form 4473 dated 9/17/03 |
| 71 | | " | ✓ | ✓ | Beretta Pistol |
| 72 | | " | ✓ | ✓ | Gun Room Receipt for Beretta |
| 78 | | " | ✓ | ✓ | Form F.A. 10 |
| 79 | | " | ✓ | ✓ | Original of Exhibit 60 |