CASE NO: (CIVIL) (CRIMINAL) 05-40001

TITLE: USA vs Lewis

## JURY PANEL

1. Lisa Ovoian
2. Russell Anderson
3. William Campbell (A1)
4. Susan Albertini (Foreperson)
5. Gale Sheehan
6. Peter Boix
7. Shirley Harrington-Gordo — Alternate #1
8. Michael Lewis
9. Robert Akeley
10. Peter Mahler (A2)
11. Michael Fizer
12. Sandeep Sindhu
13. Gregory Moore
14. Terrance Lanier — Alternate #2

Alternate #3

Alternate #4

### (PLTFF) (GOV'T) WITNESSES / DEFENDANT

1. Michael Sacco 7/25/06
2. Peter Dowd 7/25/06
3. Carlos Bohanon 7/25/06
4. Amparo Munoz 7/25/06
5. Debra Spangler 7/25/06
6. Leticia Anaya 7/26/06
7. Elizabeth Santiago 7/26/06
8. Laurie Krushefsky 7/26/06
9. Nayda Sanchez 7/26/06
10. Paul Crowley 7/26/06
11. Michael Sampson 7/26/06
12. Willistine Johnson 7/27/06
13. Paul Adams 7/27/06
14. Clarence Plant 7/27/06

15. Wayne Almstrom 7/27/06
16. Charles Norris 7/27/06
17. Clarence Floyd 7/28/06
18. Jeffrey Patterson 7/28/06
19. Michael Curran 7/28/06
20. Derek Lewis 7/28/06