*Entered*
*5:25pm*
*7/31/06*
*mc*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA )
)
)
v. )        **Criminal No.**
)        **05-40001-FDS**
)
SAMUEL J. LEWIS, )
)
Defendant. )
)

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT:

As to **COUNT ONE** (violation of 18 U.S.C. § 924(a)(1)(A) on or about August 1, 2002)

_____✓___ Guilty            _____ Not Guilty

As to **COUNT TWO** (violation of 18 U.S.C. § 922(a)(6) on or about August 9, 2002)

_____ Guilty            ___✓____ Not Guilty

As to **COUNT THREE** (violation of 18 U.S.C. § 924(a)(1)(A) on or about August 9, 2002)

___✓___ Guilty            _____ Not Guilty

As to **COUNT FOUR** (violation of 18 U.S.C. § 924(a)(1)(A) on or about November 30, 2002)

___✓___ Guilty            _____ Not Guilty

As to **COUNT FIVE** (violation of 18 U.S.C. § 922(a)(6) on or about January 21, 2003)

_____ Guilty            ___✓___ Not Guilty

As to **COUNT SIX** (violation of 18 U.S.C. § 924(a)(1)(A) on or about January 21, 2003)

___✓___ Guilty            _____ Not Guilty

(Continue to page 2.)

As to **COUNT SEVEN** (violation of 18 U.S.C. § 924(a)(1)(A) on or about February 14, 2003)

_____✓_____ Guilty                    _____ Not Guilty

As to **COUNT EIGHT** (violation of 18 U.S.C. § 924(a)(1)(A) on or about March 5, 2003)

_____✓_____ Guilty                    _____ Not Guilty

As to **COUNT NINE** (violation of 18 U.S.C. § 924(a)(1)(A) on or about March 31, 2003)

_____✓_____ Guilty                    _____ Not Guilty

As to **COUNT TEN** (violation of 18 U.S.C. § 924(a)(1)(A) on or about April 22, 2003)

_____✓_____ Guilty                    _____ Not Guilty

As to **COUNT ELEVEN** (violation of 18 U.S.C. § 924(a)(1)(A) on or about May 13, 2003)

_____✓_____ Guilty                    _____ Not Guilty

As to **COUNT TWELVE** (violation of 18 U.S.C. § 924(a)(1)(A) on or about July 1, 2003)

_____✓_____ Guilty                    _____ Not Guilty

As to **COUNT THIRTEEN** (violation of 18 U.S.C. § 924(a)(1)(A) on or about July 8, 2003)

_____✓_____ Guilty                    _____ Not Guilty

As to **COUNT FOURTEEN** (violation of 18 U.S.C. § 924(a)(1)(A) on or about August 19, 2003)

_____✓_____ Guilty                    _____ Not Guilty

As to **COUNT FIFTEEN** (violation of 18 U.S.C. § 924(a)(1)(A) on or about August 28, 2003)

_____✓_____ Guilty                    _____ Not Guilty

As to **COUNT SIXTEEN** (violation of 18 U.S.C. § 924(a)(1)(A) on or about September 9, 2003)

_____✓_____ Guilty                    _____ Not Guilty

**(Continue to page 3.)**

As to **COUNT SEVENTEEN** (violation of 18 U.S.C. § 924(a)(1)(A) on or about
September 17, 2003)

_____✓_____ Guilty                 _____ Not Guilty

**Your deliberations are complete.  Please notify the court security officer in writing that you
have reached a verdict.**

FOREPERSON: _Susan Albertini_    DATE: _7/31/06_

3