UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
     v.                         )    CRIMINAL NO. 05-40001-FDS
                                )
SAMUEL J. LEWIS                 )


        ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING
               AND ASSOCIATED FILING DEADLINES

     Defendant, Samuel Lewis, moves that the Court (1) briefly continue the sentencing hearing in the above-entitled matter, and (2) reset the associated deadlines for the filing of memoranda. As reasons therefore, defendant states that the initial Presentence Report was disclosed by the Probation Department and defendant submitted detailed objections to the calculation of the guideline sentencing range.  Additionally, the Probation Department suggested several §3553(a) factors that might warrant consideration in defendant's sentencing, and defendant submitted possible grounds for both for departure and variance from the guideline sentencing range.  The Probation Department issued its final Presentence Report yesterday, November 6, 2006.  The PSR partially addressed the issues raised but recognized that resolution of many of the objections and grounds for a non-guidelines sentence were best left to the discretion of the Court.

     The issues raised by this unusual sentencing are complex and multifaceted and should be addressed by full briefing and

argument by the parties.  Defense counsel's current caseload, which includes a number of cases with rapidly emerging issues requiring counsel's immediate attention, has precluded the filing of a sentencing memorandum in accordance with the Court's procedural order.  Similarly, the government reports that it intends to reply to defendant's objections by memorandum but questions whether it will be able to do so adequately by the deadline imposed by the Court's Order.

In light of the manifest need for cogent briefing by memoranda, defendant requests that the Court continue the sentencing hearing until on or after November 27, 2006.  The parties request that defendant be permitted to file his sentencing memorandum on or before November 13, 2006, and that the government be permitted to file its responsive memorandum on or before November 22, 2006.

                          SAMUEL LEWIS
                          By His Attorney,

                          /s/ Timothy Watkins
                          Timothy G. Watkins
                          Federal Defender Office
                          408 Atlantic Ave. 3rd Floor
                          Boston, MA  02110
                          Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and to USPO Jennifer Sinclair by electronic mail on November 7, 2006