UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL J. LEWIS | ) | |

JOINT MOTION TO CONTINUE SENTENCING HEARING
AND ASSOCIATED FILING DEADLINES

The parties jointly move that the Court continue the sentencing hearing in the above-entitled matter, presently scheduled for November 29, 2006, to December 12, 2006.  The parties further move to reset the associated deadlines for the filing of memoranda.

The Court previously allowed defendant's assented-to motion to continue the hearing but set the sentencing hearing for November 29, 2006.  Undersigned counsel for the government, however, was previously scheduled to be in Washington, D.C. on November 29, 2006, and thus will be unable to appear if the hearing were to go forward on that date.  The nature and complexity of the case make it impractical for another Assistant U.S. Attorney to stand in for undersigned counsel.

Should the Court allow this Motion to Continue, undersigned counsel for the defendant requests additional time to file a sentencing memorandum, a memorandum to which the government intends to respond.  To that end, the parties request that defendant be permitted to file his sentencing memorandum on or

before November 28, 2006 and that the government be permitted to file its responsive memorandum on or before December 7, 2006.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | SAMUEL LEWIS<br>By His Attorney, |
| /s/ Timothy Watkins o/b/o<br>Stephanie Siegmann<br>Assistant U.S. Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3664 | /s/ Timothy Watkins<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to U.S. Probation Officer Jennifer Sinclair by electronic mail, on November 20, 2006.

/s/ Timothy G. Watkins
Timothy G. Watkins