UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL J. LEWIS | ) | |

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM LATE AND TO CONTINUE THE SENTENCING HEARING TO ALLOW FOR A RESPONSIVE PLEADING BY THE GOVERNMENT

Defendant Samuel J. Lewis moves for leave to file his Sentencing Memorandum late. As reasons therefore, defendant states sentencing in the matter is currently scheduled for this coming Tuesday, December 12, 2006. By previous motion and the Court's procedural Order, defendant agreed to file his Sentencing Memorandum no later than two weeks before sentencing. Counsel for defendant, however, grossly underestimated the time necessary to address the fact-intensive, multi-faceted sentencing issues presented by the unique prosecution of this matter.[1] Moreover, counsel's attention to this matter has been continually distracted of late by emergent demands in a number of other cases counsel is handling.

Defendant has discussed the late-filing of defendant's Sentencing Memorandum with the government and has disclosed the broad outlines of the arguments defendant makes in the

---

[1] The Sentencing Memorandum, to be filed today should the Court grant leave, runs to forty (40) pages.

Memorandum. The government has indicated it intends to respond in writing but will be unable to do so in a timely manner given the timing of the filing of defendant's Memorandum. Counsel for the defendant therefore requests that the Court briefly continue the sentencing hearing to allow for the government's response.

Wherefore, the defendant requests this Court accept the Sentencing Memorandum filed herewith.

>                    SAMUEL LEWIS
>                    By His Attorney,
>
>
>                    /s/ Timothy Watkins
>                    Timothy G. Watkins
>                    Federal Defender Office
>                    408 Atlantic Ave. 3rd Floor
>                    Boston, MA  02110
>                    Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to United States Probation Officer Jennifer Sinclair by electronic mail, on December 7, 2006.

>                    /s/ Timothy G. Watkins
>                    Timothy G. Watkins