UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-40001-FDS |
| | ) | |
| SAMUEL J. LEWIS | ) | |

NOTICE OF APPEAL

Defendant, Samuel J. Lewis, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final judgement announced in open court on January 8, 2007 and entered on the docket on January 16, 2007.

                      SAMUEL J. LEWIS
                      By His Attorney,

                      /s/ Timothy Watkins
                      Timothy Watkins
                      B.B.O. #567992
                      Federal Defender Office
                      408 Atlantic Ave., 3rd Floor
                      Boston, MA  02210
                      Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 24, 2007.

                      /s/ Timothy G. Watkins
                      Timothy G. Watkins