## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number :  05cr40001FDS

UNITED STATES OF AMERICA

v.

SAMUEL J. LEWIS

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-60, 65-71 100-105, 108-111, & 118   are   originals

61-64, 72-99, 106-107, 112-117 & 119 are copies and can be destroyed after the appeal is complete. and contained in Volume(s)  1-2  are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  1/24/07

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/25/07

|  |  |
|---|---|
|  | Sarah A Thornton, Clerk of Court |
|  | /s/ Sherry Jones |
| By: | Sherry Jones |
|  | Deputy Clerk |

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:                              _____

    RETURN TO:  US DISTRICT COURT
                    595 MAIN STREET, SUITE 502
                    WORCESTER, MA 01608